```
RECEIPT # 59834
AMOUNT $ 150
SUMMONS ISSUED ✓ 6
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 11-4-04
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT HAAG AND
KATHLEEN HAAG

Plaintiffs

v.                                                          Civil Action No.

ROBERT MURPHY
JOHN KEACH
INTERNAL REVENUE SERVICE
UNITED STATES OF AMERICA

Defendants                                    **04 CV 12344 REK**

## COMPLAINT

Now comes the plaintiffs, Robert and Kathleen Haag, and complain of the Defendants, Robert Murphy, John Keach, the Internal Revenue Service and the United States of America, as follows.

## JURISDICTION

The Court's jurisdiction for the Plaintiffs' <u>Bivens's</u> claims and requests for an injunction is provided by 28 U.S.C. Section 1331 and their requests for Declaratory Relief is provided by 28 U.S.C. 2201.

## PARTIES

1. The Plaintiff Kathleen Haag ("Mrs. Haag") is an individual who resides at 25 Heath Row, Marstons Mills, MA 02648.

2. The Plaintiff Robert Haag ("Mr. Haag") is an individual who resides at 25 Heath Row, Marstons Mills, MA 02648.

3. The Defendant Robert Murphy, at the times relevant hereto, was the Acting Compliance Technical Support Manager for the Internal Revenue Service (the "Service") with a business address, based on information and belief, of the John F. Kennedy Building, Boston, MA 02203.

4. The Defendant John Keach, at the times relevant hereto, was a SPF Advisor for the Service with a business address, based on information and belief, of the John F. Kennedy Building, Boston, MA 02203.

5. The Defendant Internal Revenue Service is an agency of the United States.

6. The United States is a defendant.

## FACTS

7. Mr. and Mrs. Haag filed tax returns reflecting the filing status of married filing jointly for all tax years at issue.

8. On or about September 6, 1991 the Internal Revenue Service (the "Service") assessed additional taxes against Mr. and Mrs. Haag for the tax years of 1985, 1986 and 1987 (the

"additional assessments").

9. The additional assessments resulted from the Service's examination of Robert F. Haag and Associates, Inc. (the "corporation").

10. The corporation was solely held by Robert Haag. It carried on the trade or business of providing financial advice and financial products, including the sale of life insurance.

11. The Service determined that the corporation was a "nullity" and adjusted Mr. and Mrs. Haag's personal tax return for 1984, 1985, 1986 and 1987 to reflect the operation of Mr. Haag's business.

12. Mrs. Haag in signing the tax returns for 1984 through 1987 did not know nor did she have a reason to know that there was an understatement of tax.

13. Mrs. Haag is a high school graduate and has no education in tax or financial matters.

14. For all years at issue, Mrs. Haag has primarily been a homemaker.

15. In signing the tax returns for the years of 1985 through 1993 Mrs. Haag had no reason to believe that the subject taxes would not be addressed.

16. Mrs. Haag meets all of the criteria to qualify for the relief provided by Internal Revenue Code Section 6015.

17. I.R.C. Section 6321 provides that "[i]f any person liable to pay any tax neglects or refuses to pay the same after demand, the amount ... shall be a lien in favor of the United States upon all property and rights to property, whether real or personal belonging to such person."

18. The federal tax lien arises upon the date of assessment and continues "until the liability for the amount so assessed ... is satisfied or becomes unenforceable by reason of lapse of time." I.R.C. Section 6322.

19. I.R.C. Section 6325(a) provides that the Secretary shall issue a certificate of release of any lien when the liability for the amount assessed is fully satisfied or legally unenforceable.

20. I.R.C. Section 6325(f)(1)(A) further provides that where a certificate of release is "issued" pursuant to "this section" and is filed in the same office as the notice of federal tax lien to which it relates, such certificate is "conclusive that the lien referred to in such certificate is extinguished ."

21. The Internal Revenue Service (the "Service") uses a "self-releasing" lien to effectuate a certificate of release.

22. The Notices of Federal Tax Lien filed against Mr. and Mrs. Haag's property were "self- releasing."

23. I.R.C. Section 6325(f)(2) additionally provides that where a certificate of release is "issued erroneously or

4

improvidently", the Secretary may revoke such certificate and reinstate the lien. The reinstated lien "shall have the same force and effect (as of such date)... as a lien imposed by section 6321 ... ." I.R.C. Section 6325(f)(2)(B).

24. The filing of a notice of revocation does not reinstate the lien retroactively. Rather, the priority of the lien dates from that filing. <u>Regulation 301.6325-1(f)(2)(iii)(b)</u> and <u>Regulation 301.6325-1(b)(1)(ii)</u>.

25. The Service's record of filing liens against Mrs. Haag and its revocation of the self-release of these liens is as follows:

| Tax Period | Assessment Date | Last Refiling Date | Refiling Date |
|---|---|---|---|
| 1985 | 09/06/1991 | 10/06/2001 | 11/07/2003 |
| 1986 | 09/06/1991 | 10/06/2001 | 11/07/2003 |
| 1987 | 09/06/1991 | 10/06/2001 | 11/07/2003 |
| 1988 | 12/07/1992 | 01/06/2003 | 11/07/2003 |
| 1989 | 01/11/1993 | 02/16/2003 | 11/07/2003 |
| 1990 | 11/09/1992 | 12/09/2002 | 11/07/2003 |
| 1991 | 11/09/1992 | 12/09/2002 | 11/07/2003 |

26. In filing its revocation of its self-released liens the Service did not notify Mr. and Mrs. Haag of their statutory right to a hearing pursuant to Internal Revenue Code Sections 6320 and 6330 (hereinafter referred to as a "CDP Hearing").

27. At a CDP Hearing Mrs. Haag has a statutory right to raise her qualification for the relief provided by Internal Revenue Code Section 6015.

5

28. At a CDP Hearing Mr. Haag has a statutory right to request an Offer in Compromise.

29. On June 30, 2004, the Service refiled its lien against Mr. and Mrs. Haag for the 1993 tax year.

30. At the time that it refiled its lien for 1993 the Service did not provide Mr. and Mrs. Haag with an opportunity for a CDP Hearing.

## COUNT I
(Declaratory Relief)

31. Mr. and Mrs. Haag realleges the allegations of paragraphs 1 though 30 of its complaint as fully set forth herein.

32. An actual controversy has arisen between Mrs. Haag and the Defendants as to whether the United States has unlawfully violated their respective rights to a CDP Hearing.

33. These disagreements between Mr. and Mrs. Haag and the Defendants necessitate a declaratory judgment to determine their right to a CDP hearing.

WHEREFORE Mr. and Mrs. Haag request:

1. That the Court adjudicate the controversies which have arisen between the parties and make a binding declaration of the rights of the parties;

2. That the Court determine that Mr. and Mrs. Haag are entitled to a CDP Hearing;

3. For other and further relief that the Court deems just and proper.

## COUNT II
(Bivens claim v. Murphy)

34. Mr. and Mrs. Haag realleges the allegations of paragraphs 1 though 33 of their complaint as fully set forth herein.

35. Mr. and Mrs. Haag had a statutory right to a CDP Hearing.

36. Mr. and Mrs. Haag had a right protected by the Fifth Amendment to the United States Constitution to be treated as similarly situated taxpayers.

37. Mr. Murphy acting under color of federal law placed a lien on the assets of Mr. and Mrs. Haag. (Please see Exhibit 1.)

38. Mr. Murphy acting under color of federal law failed to provide the notice and right to a hearing required by Internal Revenue Code Section 6320 to Mr. and Mrs. Haag.

39. Mr. Murphy violated the rights guaranteed to Mr. and Mrs. Haag by the United States Constitution.

WHEREFORE Mr. and Mrs. Haag demand judgment against Mr. Murphy together with attorney's fees and costs.

## COUNT III
(Bivens claim v. Keach)

40. Mr. and Mrs. Haag realleges the allegations of paragraphs 1 though 39 of their complaint as fully set forth herein.

41. Mr. and Mrs. Haag had a statutory right to a CDP Hearing.

42. Mr. and Mrs. Haag had a right protected by the Fifth Amendment to the United States Constitution to be treated as similarly situated taxpayers.

43. Mr. Keach acting under color of federal law placed liens on the assets of Mr. and Mrs. Haag. (Please see Exhibit 2 & 3.)

44. Mr. Keach acting under color of federal law failed to provide the notice and right to a hearing required by Internal Revenue Code Section 6320 to Mr. and Mrs. Haag.

45. Mr. Keach violated the rights guaranteed to Mr. and Mrs. Haag by the United States Constitution.

WHEREFORE Mr. and Mrs. Haag demand judgment against Mr. Murphy together with attorney's fees and costs.

## COUNT IV
(Injunction)

46. Mr. and Mrs. Haag realleges the allegations of paragraphs 1 though 45 of their complaint as fully set forth herein.

47. The Defendants are properly ordered to provide the statutory notice and right to a CDP Hearing.

WHEREFORE Mrs. Haag requests:

1. That the Court issue an injunction compelling the Defendants to provide the statutory notice and right to a CDP Hearing.

### COUNT V
(Injunction v. United States and Internal Revenue Service)

48. Mr. and Mrs. Haag realleges the allegations of paragraphs 1 though 47 of their complaint as fully set forth herein.

49. The United States and the Internal Revenue Service ability to collect the tax assessments against Mrs. Haag arise entirely from its knowingly violation of law.

50. The remedies available to Mr. Haag and Mrs. Haag are inadequate to provide her with relief from the United States and Internal Revenue Service's unlawful actions.

51. The Defendants unlawful actions are sufficient to meet or create and exception to Internal Revenue Code Section 7421, which generally prohibits the entry of injunctions prohibiting collection.

WHEREFORE Mr. Haag and Mrs. Haag requests:

1. That the Court issue an injunction compelling the Internal Revenue Service to hold a CDP Hearing.

## COUNT VI
(Attorney's Fees)

52. The Plaintiff repeats and realleges paragraphs 1 through 51 of its complaint as fully set forth herein.

53. The Plaintiff has incurred and continues to incur attorney's fees in this action. It is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 USC Sec. 2412 (b) and IRC Sec. 7430.

WHEREFORE, for the foregoing reasons, the Plaintiffs pray this honorable Court for:

a. Plaintiffs attorney's fees and costs in this action to be paid by the Defendants pursuant to 28 USC Sec. 2412(b) and IRC Sec. 7430; and,

b. Any and all other remedies that this honorable court deems appropriate.

## Trial by Jury

The plaintiffs request a trial by jury for those issues so trialable.

<div style="display: flex; justify-content: space-between;">

Dated: November 3, 2004

Kathleen Haag  
Robert Haag  
by their Attorney

*[signature]*

_____  
Timothy J. Burke  
Burke & Associates  
400 Washington Street  
Braintree, MA 02184  
(781) 380-0770

</div>

11

# EXHIBIT 1

| Form 12474(A) (Rev. 10-00) | 2210 | Department of the Treasury - Internal Revenue Service |
|---|---|---|

## Revocation of Certificate of Release of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #1<br>Lien Unit Phone (617) 316-2575 | Serial Number<br>49421103 | For Use by Recording Office |
|---|---|---|

I certify that we mistakenly allowed a Notice of Federal Tax Lien filed against the taxpayer listed below to operate as a Certificate of Release. I declare that the automatic release of the Notice of Federal Tax Lien is revoked and that the lien is reinstated as provided under Internal Revenue Code Section 6325(f)(2).

Name of Taxpayer  ROBERT F & KATHLEEN HAAG

Residence  25 HEATH ROW
MARSTONS MILLS, MA 02648-1129

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| 09432 | 0342 | n/a | 64590 |

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1988 | 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 | 12/07/1992 | 01/06/2003 | 159351.56 |
| 1040 | 12/31/1989 | 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 | 01/11/1993 | 02/10/2003 | 101326.29 |
| 1040 | 12/31/1990 | 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 | 11/09/1992 | 12/09/2002 | 2679.15 |
| 1040 | 12/31/1991 | 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 | 11/09/1992 | 12/09/2002 | 44918.10 |

Place of Filing  Registry of Deeds
Barnstable County
Barnstable, MA  02630

Total  $  308275.10

This notice was prepared and signed at  Boston, MA  , on this, the  07th  day of  November  , 2003 .

Signature:

Title  Compliance Technical Support Manager

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Revocation of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - INTERNAL REVENUE SERVICE COPY

Form 12474(A) (Rev. 10-00)
CAT. NO 73179W

175

| Form 12474(A) (Rev. 10-00) | 2210 Department of the Treasury - Internal Revenue Service **Revocation of Certificate of Release of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #1 Lien Unit Phone (617) 316-2575 | Serial Number 49251443 | For Use by Recording Office | |

**I certify that we mistakenly allowed a Notice of Federal Tax Lien filed against the taxpayer listed below to operate as a Certificate of Release. I declare that the automatic release of the Notice of Federal Tax Lien is revoked and that the lien is reinstated as provided under Internal Revenue Code Section 6325(f)(2).**

Name of Taxpayer  ROBERT F & KATHLEEN HAAG

Residence  25 HEATH ROW
MARSTONS MILLS, MA 02648-1129

COURT RECORDING INFORMATION:
Liber  n/a    Page  n/a    UCC No.  n/a    Serial No.  43994

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1985 | 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 | 09/06/1991 | 10/06/2001 | 215340.68 |
| 1040 | 12/31/1986 | 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 | 09/06/1991 | 10/06/2001 | 55722.92 |
| 1040 | 12/31/1987 | 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 | 09/06/1991 | 10/06/2001 | 81655.73 |

Place of Filing  Registry of Deeds
Barnstable County
Barnstable, MA  02630

Total  $  352719.33

This notice was prepared and signed at ____Boston, MA____, on this,
the __07th__ day of __November__, __2003__.

Signature  _[signed]_

Title  Compliance Technical Support Manager

(**NOTE**: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Revocation of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - INTERNAL REVENUE SERVICE COPY      Form 12474(A) (Rev. 10-00)
CAT. NO 73179W

# EXHIBIT 2

```
2229
                                              |                    COURT RECORDING DATA
-----------------------------------------------+--------------------------------------------
         INTERNAL REVENUE SERVICE              | Lien Recorded    : 11/21/2003 - 08:14AM
    FACSIMILE FEDERAL TAX LIEN DOCUMENT        | Recording Number : 133949
                                               | UCC Number       :
                                               | Liber            : 17951
                                               | Page             : 1
                                               | **Self-released**
                                               | ** Revocation **:
-----------------------------------------------+--------------------------------------------
 Area: SMALL BUSINESS/SELF EMPLOYED #1         | IRS Serial Number:  40333886
 Lien Unit Phone: (617) 316-2575               |
-----------------------------------------------+--------------------------------------------
                 This Lien Has Been Filed in Accordance with
                 Internal Revenue Regulation 301.6323(f)-1.
---------------------------------------------------------------------------------------------
 Name of Taxpayer :
   ROBERT F & KATHLEEN HAAG


---------------------------------------------------------------------------------------------
 Residence :
   25 HEATH ROW
   MARSTONS MILLS, MA 02648-1129
---------------------------------------------------------------------------------------------
 With respect to each assessment below, unless notice of lien
 is refiled by the date in column(e), this notice shall constitute
 the certificate of release of lien as defined in IRC 6325(a).
------+------------+-------------+--------------+-----------------+------------------
 Form |   Period   |  ID Number  |   Assessed   | Refile Deadline |  Unpaid Balance
  (a) |    (b)     |     (c)     |     (d)      |       (e)       |       (f)
------+------------+-------------+--------------+-----------------+------------------
 1040 | 12/31/1985 | 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 |  09/06/1991  |       N/A       |      159077.83
 1040 | 12/31/1986 | 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 |  09/06/1991  |       N/A       |       81655.73
 1040 | 12/31/1987 | 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 |  09/06/1991  |       N/A       |       81655.73
 1040 | 12/31/1988 | 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 |  12/07/1992  |       N/A       |      159351.56
 1040 | 12/31/1989 | 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 |  01/11/1993  |       N/A       |      101326.29
 1040 | 12/31/1990 | 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 |  11/09/1992  |       N/A       |        2753.15
 1040 | 12/31/1991 | 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 |  11/09/1992  |       N/A       |       44918.10




---------------------------------------------------------------------------------------------
 Filed at:   Registry of Deeds
             Barnstable County
             Barnstable, MA  02630                         Total  | $    630738.39
---------------------------------------------------------------------------------------------
 This notice was prepared and executed at BOSTON, MA
 on this, the 17th day of November, 2003.
---------------------------------------------------------------------------------------------
 Authorizing Official:                          | Title:
    JOHN KEACH                                  |    SPF ADVISOR              21-97-6932
---------------------------------------------------------------------------------------------
```

177

# EXHIBIT 3

Filed at: U.S. District Court
USDC ELECTRONIC
Boston, MA 02109

Total | $ 630738.39

Authorizing Official:
JOHN KRACH                          Title:
(401) 525-4274                      SPF ADVISOR       21-97-6932

This notice was prepared and executed at,
on this, the 17th day of November, 2003.

*** REFILED NOTICE ** REFILED NOTICE ***      COURT RECORDING DATA

INTERNAL REVENUE SERVICE              | Lien Recorded      : 06/30/2004 - 17:00PM
FACSIMILE FEDERAL TAX LIEN DOCUMENT   | Recording Number: 01008MAA2453187
                                      | UCC Number         : IRS179331804
                                      | Liber              :
                                      | Page               :

Area: SMALL BUSINESS/SELF EMPLOYED #1  | Original IRS Serial No.: 49511420
Lien Unit Phone: (617) 316-2575        | Lien Recorded      : 05/04/1995

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
ROBERT F & KATHLEEN HAAG

Residence:
25 HEATH ROW
MARSTONS MILLS, MA 02648-1129

Form | Period | ID Number | Assessed | Refile Deadline | Unpaid Balance

| (a) | (b) | (c) | (d) | (e) | (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1993 | 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 | 02/20/1995 | N/A | 48531.45 |

NOTICE OF FEDERAL TAX LIEN REFILING

Serial ID: 179331804

New TP Name: SAME AS ABOVE           Refiled At: USDC

New Address :                        New TIN: SAME AS ABOVE

25 HEATH ROW

MARSTONS MILLS, MA 02648-1129

Authorizing Official:                DATE : 06/25/2004
JOHN KEACH                           Title: SPF ADVISOR
(401) 525-4274                       21-97-6932

                                     Total  | $  48531.45

Filed at:    U.S. District Court
             USDC ELECTRONIC
             Boston, MA 2109

This notice was prepared and executed at ,
this, the 03rd day of May, 1995.

Authorizing Official:
Allan Vincent

                                     | Title:
                                       REVENUE OFFICER
                                       04-01-1606

```
2229
                                              |           COURT RECORDING DATA
----------------------------------------------+--------------------------------------
   INTERNAL REVENUE SERVICE                   | Lien Recorded   : 11/20/2003 - 08:30AM
   FACSIMILE FEDERAL TAX LIEN DOCUMENT        | Recording Number: 02645HAA2452964
                                              | UCC Number      : IRS040333887
                                              | Liber           :
                                              | Page            :
                                              | **Self-released**
                                              | ** Revocation **:
----------------------------------------------+--------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1         |
Lien Unit Phone: (617) 316-2575               | IRS Serial Number:  40333887
----------------------------------------------+--------------------------------------
                   This Lien Has Been Filed in Accordance with
                   Internal Revenue Regulation 301.6323(f)-1.
-------------------------------------------------------------------------------------
Name of Taxpayer :
   ROBERT F & KATHLEEN HAAG


-------------------------------------------------------------------------------------
Residence :
   25 HEATH ROW
   MARSTONS MILLS, MA 02648-1129
-------------------------------------------------------------------------------------
   With respect to each assessment below, unless notice of lien
   is refiled by the date in column(e), this notice shall constitute
   the certificate of release of lien as defined in IRC 6325(a).
-------+------------+--------------+-------------+----------------+------------------
 Form  | Period     | ID Number    | Assessed    | Refile Deadline| Unpaid Balance
  (a)  |   (b)      |    (c)       |    (d)      |     (e)        |      (f)
-------+------------+--------------+-------------+----------------+------------------
 1040    12/31/1985   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    09/06/1991         N/A
 1040    12/31/1986   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    09/06/1991         N/A            159077.83
 1040    12/31/1987   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    09/06/1991         N/A             81655.73
 1040    12/31/1988   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    12/07/1992         N/A             81655.73
 1040    12/31/1989   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    01/11/1993         N/A            159351.56
 1040    12/31/1990   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    11/09/1992         N/A            101326.29
 1040    12/31/1991   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    11/09/1992         N/A              2753.15
                                                                       44918.10




-------------------------------------------------------------------------------------
Filed at:  U.S. District Court
           USDC ELECTRONIC
           Boston, MA   02109                           Total  |  $    630738.39
-------------------------------------------------------------------------------------
This notice was prepared and executed at BOSTON, MA
on this, the 17th day of November, 2003.
-------------------------------------------------------------------------------------
Authorizing Official:                        |
   JOHN KEACH                                | Title:
                                             | SPF ADVISOR            21-97-6932
-------------------------------------------------------------------------------------
```