UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV -4  A 11: 14

DISTRICT COURT
DISTRICT OF MASS.

ROBERT HAAG AND
KATHLEEN HAAG

Plaintiffs

Civil Action No.

v.

ROBERT MURPHY
JOHN KEACH
INTERNAL REVENUE SERVICE
UNITED STATES OF AMERICA

04-12344 REK

Defendants

**APPEARANCE**

To the Clerk of the above referenced Court please enter my appearance for the Plaintiffs in the above titled action.

Timothy J. Burke
Burke & Associates
400 Washington Street
Braintree, MA 02184
(781) 380-0770

Dated: November 3, 2004