UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT HAAG AND
KATHLEEN HAAG
              Civil Act. No. 04CV12344 REK

Plaintiffs

v.

ROBERT MURPHY
JOHN KEACH
INTERNAL REVENUE SERVICE
UNITED STATES OF AMERICA

Defendants

To:  Timothy Burke
    Burke & Associates
    400 Washington St, Ste. 303
    Braintree, MA 02184

From: Alejandro Bertoldo
    Department of Justice
    Tax Division
    P.O. Box 55
    Ben Franklin Station
    Washington, DC 20044

  I acknowledge that I have agreed to waive service of a summons for the defendants in the action of Robert Haag et al. v. Robert Murphy, John Keach, Internal Revenue Service and United States of America, which is case number 04 CV 12344 REK in the United States District Court for the District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the waiver to you without cost to me.

  I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the defendants be served with judicial process in the manner provided by Rule 4.

  The defendants will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on the defect in the summons or in the service

of the summons.

    I understand that a judgment may be entered against the defendants if an answer or motion under Rule 12 is not served upon you within sixty days after December 25, 2004.

Date: 1-3-05

Alexander Bertoldo
Defendants' Counsel