UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>ROBERT AND KATHLEEN HAAG<br>Defendants. | ) ) ) ) ) ) ) ) ) | Civil Action No. 02-CV-12490 REK |
| ROBERT HAAG, and<br>KATHLEEN HAAG,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT MURPHY,<br>JOHN KEACH,<br>INTERNAL REVENUE SERVICE, AND<br>UNITED STATES OF AMERICA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-CV-12344 REK |

## UNITED STATES' CERTIFICATION UNDER
## LOCAL RULE 16.1(D)(3)

The United States of America hereby submits the following certification pursuant to Mass. R. 16.1(D)(3).

D. Patrick Mullarkey is the Chief, Civil Trial Section, Northern Region, Tax Division, Department of Justice and has settlement authority in the above-captioned action.

Alejandro L. Bertoldo is the Trial Attorney for the Department of Justice assigned with primary responsibility for the above-captioned action.

The undersigned affirm that they have conferred (1) with a view to establishing a

-1-

-2-

budget for the costs of conducting the full course -- and various alternative courses -- for the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____  
D. PATRICK MULLARKEY

_____  
ALEJANDRO L. BERTOLDO