UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff, | )<br>)<br>) | |
| 　　vs. | )<br>) | Civil Action No. 02-CV-12490 REK |
| ROBERT AND KATHLEEN HAAG<br>　　　Defendants.<br>_____ | )<br>)<br>)<br>) | |
| ROBERT HAAG, and<br>KATHLEEN HAAG, | )<br>)<br>) | |
| 　　　Plaintiffs, | )<br>) | Civil Action No. 04-CV-12344 REK |
| 　　vs. | )<br>) | |
| ROBERT MURPHY,<br>JOHN KEACH,<br>INTERNAL REVENUE SERVICE, AND<br>UNITED STATES OF AMERICA, | )<br>)<br>)<br>)<br>) | |
| 　　　Defendants.<br>_____ | )<br>) | |

CERTIFICATE OF SERVICE OF UNITED STATES'
CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)
FOR CIVIL ACTION NO. 04-CV-12344 REK

　　　I HEREBY CERTIFY that I have caused the *United States' Certification under Local Rule 16.1(D)(3) for Civil Action No. 04-CV-12344* to be electronically filed with the Clerk of the Court through the Court's CM/ECF system this April 1, 2005, with service to be made

electronically on Timothy Burke.

                Respectfully submitted,

                /s/ Alejandro L. Bertoldo
                Alejandro L. Bertoldo
                Trial Attorney, Tax Division
                U.S. Department of Justice
                Post Office Box 55
                Ben Franklin Station
                Washington, D.C.  20044
                Phone: (202) 307-6019
                E-Mail: Alejandro.L.Bertoldo@usdoj.gov