UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 02-12490-REK |
| | ) | |
| ROBERT HAAG, | ) | |
| and KATHLEEN HAAG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ROBERT HAAG, and | ) | |
| KATHLEEN HAAG, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 04-12344-REK |
| | ) | |
| vs. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of the United States of America in these consolidated cases.

/s/ Stephen J. Turanchik

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov

-1-                1396760.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Appearance has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 27th day of October 2005:

Timothy J. Burke
Burke & Associates
400 Washington Street
Suite 303
Braintree, MA 02184

Richard J. Cohen
Law Office of Richard J. Cohen
1185 Falmouth Road, 2nd Floor
Centerville, MA 02632

/s/ Stephen J. Turanchik

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565