UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

**UNITED STATES OF AMERICA**
    Plaintiff

    v.

**ROBERT HAAG AND
KATHLEEN HAAG**
    Defendants

**Civil Action No.
02CV-12490 REK**

---

**ROBERT HAAG, and
KATHLEEN HAAG,**
    Plaintiffs,

    v.

**INTERNAL REVENUE SERVICE, and
UNITED STATES OF AMERICA,**
    Defendants

**Civil Action No.
04-12344-REK**

---

### ASSENTED TO MOTION TO CONTINUE HEARING

NOW COME the Consolidated Plaintiffs, Robert and Kathleen Haag (hereinafter the "Haags") and hereby respectfully request that this honorable Court continue the Hearing set for March 22, 2006 at 11:00 a.m.  The Haags state the following reasons in support of their motion:

1. The United States assents to the filing of this Motion.

2. Concurrent with the filing of this Motion, and consistent with the Court's Order entered on March 6, 2006, the Haags have re-issued their Notice of Deposition of the United States' designation(s) for May 8, 2006, or any other mutually agreed upon time and place so long as it occurs within the first two weeks of May.

3. The Haags request additional time to complete the discovery which has been allowed by this Court.

4. It is the Haag's best belief that the completion of the requested discovery will have a direct impact on the Haag's ability to sustain their claims against the

   United States' Motion for Summary Judgment.

5. The Haags request that the Hearing be continued to a date in the future which will allow for sufficient time to obtain copies of the transcripts from the United States' designation(s) depositions, which the Haags believe will take <u>at least</u> 30 days from the date of the deposition.

6. Counsel for both parties suggest the following dates, based upon their heavily docketed schedules and concurrent availability:

   a. Monday July 17th through Friday, July 21, 2006; and,
   b. Monday July 31st through Friday, August 4, 2006.

WHEREFORE, the Haags pray this honorable Court to grant a continuance of the Hearing set for Wednesday, March 22, 2006, to one of the above suggested dates that is mutually agreed upon by counsel for both parties.

                                    Robert and Kathleen Haag,
                                    By their attorney,


                                    /s/ Timothy J. Burke
                                    Timothy J. Burke
                                    BBO# 543837
                                    400 Washington Street
                                    Braintree, MA 02184
Dated: March 21, 2006               (781) 380-0770


Assents:

                                    United States of America,
                                    By its attorney,


                                    /s/ Stephen J. Turanchik
                                    Stephen J. Turanchik
                                    Tax Division
                                    US Department of Justice
                                    PO Box 55
                                    Ben Franklin Station
                                    Washington, DC 20044
                                    (202) 307-6565

**CERTIFICATION OF LOCAL RULE 7.1**

    I hereby certify that on Monday, March 20, 2006, Melissa Halbig, an associate with this office contacted Counsel for the United States, Steven J. Turanchik, wherein he assented to the filing of this Motion.

                                              /s/ Timothy J. Burke
                                              Timothy J. Burke

**CERTIFICATE OF SERVICE**

    It is hereby certified that a true and accurate copy of the above Assented to Motion to Continue Hearing was served upon the attorney of record for the United States, Steven J. Turanchik, Tax Division, United States Department of Justice, PO Box 55, Ben Franklin Station, Washington, DC, 20044 on March 21, 2006 by facsimile and first class mail.

                                              /s/ Timothy J. Burke
                                              Timothy J. Burke