UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12344-REK |
| | ) | |
| ROBERT HAAG, | ) | Hon. Keeton |
| and KATHLEEN HAAG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned now appears on behalf of the United States in the above-captioned matter.

MICHAEL J. SULLIVAN
United States Attorney

/s/ Richard C. Ambrow
_____

Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
T: 202.307.6574 F: 202.514.5238
Richard.C.Ambrow@usdoj.gov

1737845.1

Certificate of Service

It is hereby certified that the above Notice of Appearance has been served upon the following via the Court's electronic delivery system this 12th day of June, 2006:

Timothy J. Burke
Burke & Ass'n
400 Washington St.
Suite 303
Braintree, MA 02184

Richard J. Cohen
Law Officers of Richard J. Cohen
1185 Falmouth Rd. 2d Floor
Centerville, MA 02632

/s/ Richard C. Ambrow
_____
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
T: 202.307.6574 F: 202.514.5238
Richard.C.Ambrow@usdoj.gov