**Page 1**

```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MASSACHUSETTS
 3                      SUPERIOR COURT
 4                      CIVIL ACTION
 5                   NO. 02-CV-12490 REK
 6       ********************************
 7       UNITED STATES OF AMERICA,          *
 8              PLAINTIFF                    *
 9       VS.                                 *
10       ROBERT & KATHLEEN HAAG,             *
11              DEFENDANT                    *
12       ********************************
13
14              DEPOSITION of LAURA A. MARTIN, a
         witness called on behalf of the Defendant,
15       pursuant to the applicable provisions of
         Federal Rules of Civil Procedure, before
16       Marjorie L. Simmons, a Shorthand Reporter
         and Notary Public in and for the
17       Commonwealth of Massachusetts on Tuesday,
         June 27, 2006 commencing at 9:00 a.m., at
18       the offices of Timothy J. Burke, 400
         Washington Street, Braintree,
19       Massachusetts.
20
21
22
                    ELLEN FRITCH & ASSOCIATES
23                      Court Reporters
                        373 Silver Street
24              S. Boston, Massachusetts  02127
                        (617) 269-5448

              ELLEN FRITCH & ASSOCIATES  617-269-5448
```

**Page 2**

APPEARANCES:

Richard Ambrow, Esquire
Department of Justice
Tax Division
Trial Attorney
555 4th St. N.W.
Room 7804
Washington, D.C. 20001
On Behalf of the United States of America.

Timothy J. Burke, Esquire
400 Washington Street
Braintree, Massachusetts 02184
On Behalf of the Haags.

ELLEN FRITCH & ASSOCIATES 617-269-5448

**Page 3**

INDEX

Testimony of:                        Page:

Laura A. Martin

Examination by Mr. Burke          4
Cross-examination by Mr. Ambrow     51

EXHIBITS

Number:                           Page:

Exhibit 1  Notice of deposition       6
Exhibit 2  Account transcript        32
Exhibit 3  Letter from Burke         36

ELLEN FRITCH & ASSOCIATES 617-269-5448

**Page 4**

S T I P U L A T I O N S

It is hereby stipulated by and between counsel for the respective parties that the reading and signing of the deposition are not waived. The filing of the deposition and notarization are waived.

It is further agreed and stipulated that all objections, except objections to the form of the question, and all motions to strike, are reserved for the time of trial.

**LAURA A. MARTIN,**

a witness called for examination by counsel for the **Defendant,** having been duly sworn, was examined and testified as follows:

**DIRECT EXAMINATION**
**BY MR. BURKE:**

Q.  Do you have any documents today?

MR. AMBROW: No.  No.

ELLEN FRITCH & ASSOCIATES 617-269-5448

5

1  MR. BURKE: Not a problem. It is
2  a problem but on the other hand if you
3  read the judge's opinion we can argue
4  about it later.
5  Q. Miss Martin, could you state your full
6  name?
7  A. **Laura Martin.**
8  Q. And my name is Timothy Burke. I was
9  retained by the Haags to represent them in
10  the matter before the Federal District
11  Court.
12  We have filed a Notice of
13  Deposition pursuant to Rule 30(b)(6)
14  relative to the U.S. Government. It is my
15  understanding you have been named as
16  designee of the U.S. Government?
17  A. **I have.**
18  Q. Okay. Could you tell us what your work
19  address is?
20  A. **My work address is IRS, Post Office**
21  **Box 9112 stop 02800, Boston, Massachusetts**
22  **02203.**
23  Q. Could you tell us what where that is
24  located?

ELLEN FRITCH & ASSOCIATES 617-269-5448

6

1  A. **Physical address is 15 New Sudbury Street**
2  **in Boston, Massachusetts.**
3  Q. Is that Kennedy Building?
4  A. **JFK Federal Building.**
5  Q. Can you tell us prior to your deposition
6  today, can you tell us what involvement
7  you have had in the Haag matter?
8  A. **I have had very little involvement in the**
9  **Haag matter. I have a claim that is**
10  **assigned to me but unfortunately due to**
11  **other work requirements, I have not**
12  **actually worked that case to its**
13  **completion. That is about it.**
14  MR. BURKE: Can we mark that as
15  Exhibit No. 1.
16  (Exhibit 1, Notice of deposition,
17  Marked for identification.)
18  Q. Miss Martin, I would like to call your
19  attention to Exhibit No. .1 have you ever
20  seen this document before?
21  A. **I have.**
22  Q. What I would like to do then is go through
23  some of the terms on page 2. What do you
24  know about managing, supervising, issuing

ELLEN FRITCH & ASSOCIATES 617-269-5448

7

1  notices pursuant to IRS Code 6320 and
2  6330.
3  A. **I am advisor and technical services and my**
4  **primary responsibility for the past four**
5  **years has been lien work, including**
6  **certificates of discharge, certificates of**
7  **non-attachment, certificates of lien**
8  **withdrawal, certificates of the**
9  **subordination, certification of the lien**
10  **release, certificates of filing the**
11  **notices of federal tax lien.**
12  Q. Do you supervise any of the issuances of
13  the notices for 6320 and 6330?
14  A. **I do not supervise the issuance, however,**
15  **I can issue notices under that statute.**
16  Q. But on a day-to-day basis, you don't have
17  anything to do with the issuing of the
18  notice pursuant to IRS Code Section 6320
19  and 6330?
20  A. **No.**
21  Q. Do you have any knowledge as to the
22  issuances of any notice pursuant to IRS
23  Code Section 6320 and 6330 to Robert Haag?
24  A. **No.**

E  LLEN FRITCH & ASSOCIATES 617-269-5448

8

1  Q. Do you have any knowledge of the issuance
2  of the notices pursuant to IRS Code
3  Section 6320 and 6330 to Kathleen Haag?
4  A. **Can I actually rephrase my prior answer or**
5  **reanswer?**
6  Q. Go ahead.
7  A. **The only information that I have been**
8  **provided with regarding the issue of**
9  **notice of the federal tax lien against the**
10  **Haags is contained in the deposition which**
11  **are copies of letter 3172 that were issued**
12  **to Robert Haag and Kathleen Haag. So as**
13  **far as these notices, I have seen these.**
14  Q. You said earlier, you just said that these
15  notices were issued to Robert and Kathleen
16  Haag. Did you issue those notices?
17  A. **I did not.**
18  Q. Do you know who did?
19  A. **According to the letter they were issued**
20  **by John Kersh.**
21  Q. Do you have the address of John Kersh?
22  A. **John Kersh is a retired employee but at**
23  **the time he worked for the IRS at 380 West**
24  **minister Street or Road in Providence,**

ELLEN FRITCH & ASSOCIATES 617-269-5448

**9**

1     **Rhode Island.**
2 Q. Do you recognize that on page 4 of the
3     deposition notice we requested from the
4     government the address and telephone
5     numbers of Robert Murphy and John Kersh?
6     Do you have that information with you
7     today?
8 A.
9         MR. AMBROW:  Me?
10        MR. BURKE:  No, the witness.
11 A. **I don't.**
12 Q. With regard to -- let us do this, Exhibit
13     No. 1 is the Notice of Deposition.  Could
14     we take the opportunity here to match up
15     what you are referring to in your right
16     hand with the deposition notice attachment
17     there.
18        I asked you to -- you just
19     testified that notices were issued to
20     Robert and Kathleen Haag. I believe that
21     you are referring to some document that
22     has a government exhibit sticker 14 on it.
23        I ask you to look at the notice of
24     deposition; if you could compare the two
ELLEN FRITCH & ASSOCIATES  617-269-5448

**10**

1 documents you just testified to, to the
2 one attached to the deposition.  See if
3 they are the same document.  Let us know
4 what the results of your review are, that
5 would be appreciated.
6       MR. AMBROW:  I am going to object
7 to the form of the question.
8       MR. BURKE:  Okay.
9       MR. AMBROW:  Documents speak for
10 themselves.
11      MR. BURKE:  Okay. But she was
12 referring to a document, I want to make
13 sure she was referring to the same one.
14 If she can, we can refer in the record to
15 the exhibits which are attached to the
16 deposition.  That way the record will be
17 clear.
18      MR. AMBROW:  Well, this is the
19 only Exhibit No. 1.
20      MR. BURKE:  We'll deal with
21 Exhibit No. 1 for now.  So -- are you
22 telling her to not testify? I am asking
23 her to review the document she just
24 reviewed to see if it's the same one she
ELLEN FRITCH & ASSOCIATES  617-269-5448

**11**

1 attached to the deposition notice.
2      MR. AMBROW:  I am trying to make
3 the record -- if you want the record
4 clear, let's talk about Exhibit No. 1 that
5 is in evidence.
6      MR. BURKE:  We can mark what she
7 brought were her into evidence.  Would you
8 like to do that?  Or is it easier -- just
9 I thought easier and quicker.
10      MR. AMBROW:  Fair enough.  We'll
11 do it your way.
12 Q. From reading upside down they are
13     obviously the same document.  If you go
14     back, Miss Martin, to my question, if you
15     review the attachment to the deposition
16     and the documents you brought with you
17     today, if you could review those and
18     ascertain whether or not they are the same
19     document.  Let us know what your review
20     indicates, we'll greatly appreciate it.
21 A. **Yes.**
22 Q. They are the same?
23 A. **Yes.**
24 Q. What we'll do if possible, I will read
ELLEN FRITCH & ASSOCIATES  617-269-5448

**12**

1 into the record that the first of the
2 attachments to the deposition notice
3 purports to be a letter to Robert Haag and
4 carries with it an exhibit sticker,
5 government Exhibit No. 14, about two-thirds
6 of the way down the document on the
7 right-hand side.  That encompasses two
8 pages.
9      Following those two pages there is
10 what purports to be a letter to Kathleen
11 Haag carries no designation as to
12 government exhibit but it is consistent as
13 to what we are referring to.
14 Q. Referring to the document which carries
15     government Exhibit No. 14, do you know who
16     sent out this document?
17 A. **Yes.**
18 Q. Who did?
19 A. **John Kersh.**
20 Q. Did John Kersh place the document into an
21     envelope?
22 A. **No.**
23 Q. Who did?
24 A. **I don't know.**
ELLEN FRITCH & ASSOCIATES  617-269-5448

13

1 Q. How do you know John Kersh sent out this
2    document?
3 A. **John Kersh's name is the person to**
4    **contact.**
5 Q. I do understand that. But how do we know
6    this document was sent?
7 A. **I don't know.**
8 Q. I am now turning the page to the letter to
9    Kathleen Haag dated 11/21/2003. Again,
10   who sent -- who allegedly sent this letter
11   to Kathleen Haag?
12 A. **John Kersh.**
13 Q. Who placed this letter into the envelope?
14 A. **I don't know.**
15 Q. And how do we know that this letter was
16   sent?
17 A. **I don't know.**
18 Q. If I could finish my question. How do we
19   know this letter was sent to Kathleen
20   Haag?
21 A. **I don't know.**
22       MR. AMBROW: Just in general let
23   Mr. Timothy Burke, you know, completely
24   answer the question.
ELLEN FRITCH & ASSOCIATES  617-269-5448

14

1 A. **I thought he was done.**
2 Q. Based on your knowledge who in the
3    government could testify as to which
4    person, if any, sent out the documents we
5    just discussed?
6 A. **I would say an IRS employee in the lien**
7    **unit of the Boston office.**
8 Q. Do you know who that employee is?
9 A. **I don't.**
10 Q. Do you know in referring to the pages of
11   Exhibit No. 1, which carry with them the
12   exhibit sticker, government Exhibit
13   No. 14, can you tell us what in general
14   what this form is?
15 A. **Okay. This is a letter 3172. It is sent**
16   **at the time a notice of federal tax lien**
17   **is filed against a tax payer. It provides**
18   **the tax payer with their rights to file**
19   **selection due process hearing on the**
20   **filing of notice of federal tax lien.**
21 Q. And could you tell us details and
22   step-by-step basis how this type of letter
23   is generated?
24 A. **Okay. This letter is generated**
ELLEN FRITCH & ASSOCIATES  617-269-5448

15

1 **automatically through our automatic lien**
2 **system. What happens is when a lien, when**
3 **a notice of tax lien is created,**
4 **their letter is automatically generated**
5 **and printed at the same time the notice of**
6 **the federal tax lien is generated.**
7 Q. How is the federal tax lien filed?
8 A. **Okay. Notice of federal tax lien is**
9    **created on our automatic lien system. We**
10   **input the social security number or EIN,**
11   **that brings up the entity or tax payer.**
12   **We then input the necessary modules that**
13   **we are filing the lien on. Each of the**
14   **periods comes up and we create the lien**
15   **actually on the screen in front of us.**
16       At that point our options are to
17   generate the lien. Once we hit "generate
18   lien" the lien is generated. We indicate
19   what recording office the lien will be
20   sent to, and then the lien is printed.
21       At that time the computer also
22   generates the letter 3172 at the time that
23   the notice of federal tax lien is printed
24   to be sent to each recording office.
ELLEN FRITCH & ASSOCIATES  617-269-5448

16

1 Q. Let's focus on the lien. We'll get back
2    to the form 3172. How is the lien filed
3    after it has been generated, what happens
4    with the lien?
5 A. **Okay. Notice of the federal tax lien is**
6    **printed from the ALS System after its**
7    **generated in the system. And then the IRS**
8    **employee would place it in an envelope**
9    **with what is referred to as 3982 billing**
10   **support to be mailed to the appropriate**
11   **recording office for recording purposes.**
12 Q. How are liens filed at the Federal
13   District Court?
14 A. **Liens at the U.S. District Court are**
15   **actually filed electronically.**
16 Q. I believe it was your testimony, correct
17   me if I am wrong, that the form 3127 is
18   issued at the same time that the lien was
19   created, is that true?
20 A. **Yes.**
21 Q. What happens with the form 3172?
22 A. **The 3172 is printed and mailed to the**
23   **taxpayer.**
24 Q. In every event is form 3172 printed?
ELLEN FRITCH & ASSOCIATES  617-269-5448

USA vs. HAAGI        Laura A. Martin 6/27/06

Case 1:04-cv-12344-WGY    Document 16-6    Filed 07/26/2006    Page 5 of 55

17

1   A.   **Yes.**

2   Q.   Has there ever been an error made?

3   A.   **I don't know.**

4   Q.   How is it mailed?

5   A.   **It is mailed via certified mail.**

6   Q.   Is it -- why don't you take us through the

7      steps if the 3172 is printed. Is it

8      printed in hard copy?

9   A.   **Yes.**

10   Q.   What happens with the hard copy or

11      presumably the piece of paper?

12   A.   **The hard copy would be folded and placed**

13      **in an envelope with the necessary**

14      **attachments that go with the 3172. Then**

15      **the appropriate certified mail receipt is**

16      **prepared. I believe it is mailed return**

17      **receipt requested as certified mail and**

18      **then it is placed in an envelope for**

19      **certified mail to be mailed to the**

20      **taxpayer.**

21   Q.   Are you aware of any instances where form

22      3172 has not been mailed to the taxpayer?

23            MR. AMBROW: I am going to object.

24      That would be 6133 confidential

ELLEN FRITCH & ASSOCIATES 617-269-5448

18

1      information to be disclosed.

2            MR. BURKE: I am not asking for

3      that. I am asking in general. The

4      government keeps statistics including

5      whether there are error rates. They

6      cannot be in violation of a clause.

7            MR. AMBROW: To the extent you are

8      asking about the error rate, I have no

9      objection?

10   Q.   Has an error ever been made with form

11      3172?

12   A.   **I don't know.**

13   Q.   Thank you. Who does know?

14   A.   **I don't know.**

15   Q.   As a matter of regulation do authorized

16      representatives who have filed the Power

17      of Attorney receive a copy of the federal

18      tax lien when it is filed?

19   A.   **Yes.**

20   Q.   How does that happen?

21   A.   **That happens systematically. When the**

22      **Power of Attorney is inputted on our CAF**

23      **system, the CAF, central authorization**

24      **file, CAF file. We have two computer**

ELLEN FRITCH & ASSOCIATES 617-269-5448

19

1      **systems that are communicating with one**

2      **another, a system referred to as IDRS and**

3      **a system referred to as ALS.**

4          The centralized authorization file

5      is located on the IDRS system. IDRS and

6      ALS speak to one another. When the ALS

7      system generates a lien, lien information

8      is taken from the IDRS system. And if

9      there is an indicator on that system, a

10      courtesy copy of the Power of Attorney is

11      generated at that time.

12   Q.   Was a federal tax lien filed against

13      Robert and Kathleen Haag on

14      November 21, 2003?

15   A.   **Yes.**

16   Q.   Was a copy of that lien sent to anyone

17      other than -- if that lien was filed, was

18      a copy sent to the Haags' authorized

19      representatives?

20   A.   **I don't know.**

21   Q.   Why don't you know?

22   A.   **I wasn't responsible for that work.**

23   Q.   And relative to the letter 3172, is a copy

24      of that also sent to the authorized

ELLEN FRITCH & ASSOCIATES 617-269-5448

20

1      representative?

2   A.   **It should be.**

3   Q.   Was one sent to the Haags' authorized

4      representatives?

5   A.   **I don't know.**

6   Q.   Would it surprise you to learn that the

7      Department of Justice at least to Mr.

8      Ambrow's appearance here has not denied

9      that a form 3172 was not sent to the

10      Haag's counsel?

11            MR. AMBROW: Can you rephrase?

12      There are a couple of double negatives in

13      that.

14   Q.   Not really. To this juncture in this

15      litigation there has been no dispute that

16      form 3172 was not sent to the Haag's

17      authorized representatives, would that

18      surprise you?

19   A.   **Yes.**

20   Q.   And a claim has been failed pursuant to

21      the IRS Code requesting compensation for

22      the failure of the U.S. to send the

23      requisite form 3172 to counsel, is that

24      not true?

ELLEN FRITCH & ASSOCIATES 617-269-5448

21

1  **A.  I believe it is true.**
2  Q.  Is that the case you're working on?
3  **A.  Yes.**
4  Q.  And in your review of that case have you
5     found any records that the form 3172 was
6     sent to the Haag's authorized
7     representatives?
8  **A.  I have not investigated that aspect of the**
9     **case.**
10 Q.  As you are here today, do you have any
11    evidence to establish that form 3172 was
12    sent to the Haags' authorized
13    representatives?
14 **A.  I don't.**
15 Q.  How long have you been with the IRS?
16 **A.  I have been with the IRS for 15 years.**
17 Q.  When did you start?
18 **A.  I started January 28 of 1991.**
19 Q.  Did you do it right after college?
20 **A.  I did.**
21 Q.  You started -- where did you start with
22    the service?
23 **A.  I started with the automated collection**
24    **system in Boston.**
ELLEN FRITCH & ASSOCIATES  617-269-5448

22

1  Q.  What did you do there?
2  **A.  I spoke to tax payers on the telephone and**
3     **communicated with them via mail.  I did**
4     **that for approximately three years.**
5  Q.  Did you get promoted to another job?
6  **A.  I did.  In 1994 I was promoted to the job**
7     **of revenue officer.**
8  Q.  And what office did you work in as revenue
9     officer?
10 **A.  I first worked in the Westboro,**
11    **Massachusetts office then transferred to**
12    **Stoneham, Massachusetts.**
13 Q.  And how long did you act as revenue
14    officer?
15 **A.  For approximately eight years.**
16 Q.  When did you move into your present
17    position?
18 **A.  I was promoted into my present position in**
19    **July of 2002.**
20 Q.  Who do you work for all day?
21 **A.  My current supervisor is Tony Burley.**
22 Q.  Again referring to Exhibit No. 1, page
23    number 2, paragraph number 2 on -- page
24    number 2 asks for the --
ELLEN FRITCH & ASSOCIATES  617-269-5448

23

1       MR. AMBROW:  Hold on one second.
2  Where's page number 2?
3       MR. BURKE:  It is actually page 3.
4  It is the cover sheet.  There you go.
5       MR. AMBROW:  Okay.
6  Q.  It asks for the systems and/or procedures
7     established by the U.S. Government which
8     were in effect from January 1, 1999
9     through December 31, 2005 which was in use
10    by its employees to issue notices pursuant
11    to IRA Code Section 6220, including but
12    not limited to any notices issued to
13    Robert and/or Kathleen Haag.
14       The process you have just
15    discussed a few minutes ago, is that the
16    system that is in effect by the service to
17    issue these notices?
18       MR. AMBROW:  Could you just
19    clarify the systems you have described?
20 Q.  You earlier stated -- you went through
21    some of the procedures you generated for
22    IRS lien form 3172, automatically
23    generates that system that the U.S.
24    Government established to issue forms
ELLEN FRITCH & ASSOCIATES  617-269-5448

24

1  3172?
2  **A.  Yes.**
3  Q.  Thank you.  And the next request is the
4     systems or procedures established by the
5     U.S. of America which were in effect from
6     January 1, 1999 through December 31, 2005
7     for use by its employees for the process
8     of notices issued pursuant to IRS Code
9     Section 2620/6330, including but not
10    limited to any notices issued to Robert or
11    Kathleen Haag.
12       Earlier you have testified,
13    correct me if I am wrong, I would like to
14    have a clear record here, when the lien
15    was generated a form 3172 was also
16    generated, is that true?
17 **A.  Yes.**
18 Q.  And when that 3172 is generated it is a
19    hard copy of the form 3172?
20 **A.  Yes.**
21 Q.  And it is theoretically placed in an
22    envelope along with other notices to be
23    seen to the tax payers?
24 **A.  Yes.**
ELLEN FRITCH & ASSOCIATES  617-269-5448

## 25

1  Q.  Is that the system the U.S. Government has
2      established for sending of the notices
3      3172?
4  A.  Yes.
5  Q.  Do you have any particular knowledge as to
6      whether or not the document which is
7      marked as part of Exhibit No. 1, which
8      carries the sticker government Exhibit
9      No. 14, whether notice was sent to the
10     Haags, I am asking for your personal
11     knowledge here not whether or not there is
12     a document that carries the name of the
13     John Kersh?
14 A.  I don't know.
15 Q.  Are forms 3172 kept anywhere in the
16     service?
17         MR. AMBROW:  Clarify?  You mean a
18     copy of form 3172?
19 Q.  Okay.  I am asking a very general
20     question.  I know it is a very general
21     question.  We'll follow it from there.
22     Let's try it another way.  When form 3172
23     is issued or created by services systems,
24     how many copies are created?

ELLEN FRITCH & ASSOCIATES  617-269-5448

## 26

1  A.  If the liability is a single liability
2      then one copy is printed at the time the
3      lien is generated.  If however the
4      liability is a joint liability then two
5      separate 3172s are generated at the time
6      the notice of federal tax lien is filed.
7  Q.  Does the service -- I mean can the service
8      be termed as U.S. of America or the IRS
9      service -- does the service keep a copy of
10     the 3172 if it is sent to the tax payer?
11 A.  Not a paper copy.
12 Q.  Do you understand that the form 3172 which
13     bears with it the government exhibit
14     sticker number 14 appeared later on in
15     this litigation?
16 A.  I don't know.
17 Q.  We'll get back to that.  So with the form
18     3172 when it is allegedly issued by the
19     service the only record the service keeps
20     is entries in the computer system?
21 A.  For the actual 3172 the records are
22     maintained on the ALS system.
23 Q.  But if -- what I need to know is in front
24     of us.  Again, we are referring to the

ELLEN FRITCH & ASSOCIATES  617-269-5448

## 27

1      document that caries the sticker
2      government Exhibit No. 14.  It is a
3      two-page document and I need to know is
4      this document retained in the system in
5      something such as a PDF file?
6  A.  I don't know.
7  Q.  Do you know whether what information is
8      saved in the system, if you know?
9  A.  I don't know.
10 Q.  There is on the second page of the
11     document.  Referring to again government
12     Exhibit No. 14, a signature line at the
13     bottom of the document?
14 A.  Yes.
15 Q.  Do you know if a signed copy of any 3172s
16     are kept within the service's records?
17 A.  I don't believe a signed copy is
18     maintained anywhere.
19 Q.  Do you know who signed or who allegedly
20     signed government Exhibit No. 14?
21 A.  I don't know.
22 Q.  Do you know if there are any procedures
23     relative to the execution of form 3172?
24 A.  I don't understand your question.

ELLEN FRITCH & ASSOCIATES  617-269-5448

## 28

1  Q.  Again, we are referring to -- we'll start
2      again.  On government Exhibit No. 14, on
3      the second page there is a signature line?
4  A.  Yes.
5  Q.  Are there any specific procedures
6      regarding the execution of a form 3172?
7  A.  Yes.
8  Q.  What are those?
9  A.  The letter 3172 would be stamped by an
10     employee in the lien unit with the
11     signature of the director of payment
12     compliance at that time.
13 Q.  Does that employee in any way initial the
14     form 3172 after he issues it or stamps it?
15 A.  I don't know.
16 Q.  So is there any way for us to discover
17     whether or not a form 3172 was sent to the
18     Haags on or about November 21, 2003, the
19     person who may have stamped the alleged
20     3172?
21 A.  I don't know.
22         MR. AMBROW:  Could you clarify the
23     question there, it wasn't real clear to
24     me.

ELLEN FRITCH & ASSOCIATES  617-269-5448

29

1  Q. Let's try it another way. The government
2     is alleging that a form 3172 was sent to
3     Robert and Kathleen Haag on November 21,
4     2003. There is on the second page of
5     government Exhibit No. 14 a place for
6     signature. What I am asking is whether or
7     not there is any way to trace the employee
8     who may have stamped the alleged
9     government Exhibit No. 14?
10 A. I don't think so.
11 Q. I would like to also call your attention
12    to the next -- this again for the record
13    is Exhibit No. 1. Subsequent to the two
14    pieces of paper which we are referring to
15    Government Exhibit No. 14 there are two
16    pages which relate to Kathleen Haag. Is
17    all of your testimony today in terms of
18    the procedures to be followed the same to
19    the letter to Kathleen Haag as it was for
20    Robert Haag?
21 A. Yes.
22 Q. As far as you know there is not a single
23    difference in the procedure that may have
24    been followed relative to form 3172 for
        ELLEN FRITCH & ASSOCIATES  617-269-5448

30

1     Kathleen Haag?
2  A. That is correct.
3  Q. When form 3172 is issued, what recording
4     is made in the IRS service's computer
5     system or computer systems?
6  A. When the 3172 is generated it
7     automatically goes into a history section
8     on the ALS system. That can be accessed
9     by employees to show that the 3172 was
10    generated at the time notice of federal
11    tax lien was filed.
12 Q. And does that history carry with it a
13    designation of the employee who made the
14    entry of the information?
15 A. Yes.
16 Q. Do you have any information today as to
17    the employee's name or number who
18    allegedly issued government Exhibit No. 14
19    or the subsequent two pages?
20 A. I don't.
21 Q. Why not?
22        MR. AMBROW: Do you have a verbal
23    response?
24 Q. Yes. That would be nice.
        ELLEN FRITCH & ASSOCIATES  617-269-5448

31

1  A. You want a response?
2  Q. Yes.
3  A. I didn't -- I wasn't responsible for that
4     work.
5  Q. Okay.
6        MR. AMBROW: Just so you know all
7     questions have to have a verbal "yes" or
8     "no" or "I don't know" or something,
9     otherwise you shaking your head and he
10    understands what you mean and I understand
11    what you mean but it has to be written
12    down.
13 A. I understand.
14 Q. You have been deposed before?
15 A. I have.
16 Q. How many times?
17 A. Once.
18 Q. Do you think being deposed --
19 A. It doesn't matter.
20 Q.    -- is a hard part of the job?
21 A. I guess in two years -- I mean in 15 years
22    to only have to do it twice, it is really
23    not that big of a deal.
24        MR. BURKE: Can we mark this as
        ELLEN FRITCH & ASSOCIATES  617-269-5448

32

1     Exhibit No. 2.
2        (Exhibit 2, Account transcript,
         Marked for identification.)
3
4  Q. I call your attention to the exhibit I
5     just placed in front of you. Can you
6     review this Exhibit No. 2. And I would
7     ask you to review it quickly and then we
8     can get into the details further on.
9  A. Okay.
10 Q. Have you had a chance to review Exhibit
11    No. 2?
12 A. I have.
13 Q. In general, can you tell us what this is?
14 A. This is referred to as a record of
15    account.
16 Q. Also referred to as a transcript?
17 A. Yes.
18 Q. Transcript?
19 A. Yes.
20 Q. And you were talking earlier, speaking
21    earlier as to the ALS system. Is this
22    transcript part of the ALS system?
23 A. No.
24 Q. So you have an ALS system that has
        ELLEN FRITCH & ASSOCIATES  617-269-5448

**33**

1  different documents or different records?

2  A. Yes.

3  Q. As part of your work for the IRS do you

4  now review transcripts, do you not review

5  them?

6  A. I don't.

7  Q. Are you familiar with transcripts?

8  A. Yes.

9  Q. And when is the last time you reviewed a

10  transcript?

11  A. Within the last month.

12  Q. Do you consider yourself familiar with

13  account transcripts?

14  A. I am.

15  Q. You have been with the service since 1991?

16  A. Yes.

17  Q. Could you roughly estimates how many

18  transcripts you've reviewed?

19  A. Hundreds.

20  Q. I call your attention to the first page of

21  Exhibit No. 2. I can represent to you for

22  the record that this was printed this

23  morning from the IRS services system, to

24  the best of counsel's knowledge, this is

ELLEN FRITCH & ASSOCIATES  617-269-5448

**34**

1  the most current record of the account.

2      About one-third of the way down

3  the account transcript on page 1 it says

4  it relates to Robert and Kathleen Haag, is

5  that true?

6  A. Yes.

7  Q. And I will just ask you, so we have a very

8  clear record. If you could review the

9  form 3172 which is referred to as

10  government Exhibit No. 14 here just to

11  cross reference the tax identification so

12  we are talking about the same people, for

13  the record.

14  A. The primary social security number for

15  Robert Haag is the same on the account

16  transcript as it is on the 3172.

17  Q. Thank you. I call your attention to page

18  six or six of the 1985 transcript for

19  Robert and Kathleen Haag. Does this

20  transcript say in the second line, Code

21  582 federal tax lien, then line 1123103,

22  subject line to that is "0." Did that

23  indicate federal tax lien was filed?

24  A. Yes.

ELLEN FRITCH & ASSOCIATES  617-269-5448

**35**

1  Q. On this form where -- is there any

2  indication that form 3172 was filed?

3  A. The transaction code 971 selection due

4  process equivalent hearing, that is

5  actually something different. Excuse me,

6  it does not.

7  Q. I call your attention to page four of six

8  of the 1985 transcript of Robert and

9  Kathleen Haag, which is Exhibit No. 2

10  here.

11      At page four of six at the very

12  last entry on page four of six it says

13  there is code 971 attempt to levy

14  collection due process notice levy notice

15  issued 10/14/1999 carries in its forth

16  column the designation of "0," does it

17  not?

18  A. Yes.

19  Q. On the next entry which is on page 5 there

20  are also two entries of 971.

21  A. Yes.

22  Q. If we go back to page six of six there is

23  a code 971 dated 4/22/2005 selection due

24  process equivalent hearing request

ELLEN FRITCH & ASSOCIATES  617-269-5448

**36**

1  received. Do you know who made the entry?

2  A. I don't.

3  Q. Who would make that entry?

4  A. I would imagine it would be someone in the

5  appeals division that would request the

6  input of the 971 code.

7  Q. Okay.

8      MR. BURKE: Can we mark this as

9  Exhibit No. 3.

10      (Exhibit 3, Letter from Mr. Burke,

    Marked for identification.)

11

12  Q. Miss Martin, I call your attention to

13  Exhibit No. 3. It is a letter from my

14  firm, Timothy Burke & Associates, by

15  regular overnight mail to the service in

16  Providence, Rhode Island. It a form

17  12153. It has attached with it a number

18  of forms.

19  A. Yes.

20  Q. Can you review that for me quickly?

21  A. Yes.

22  Q. You earlier testified that you believe

23  that code 971 on 4/20/2005 was entered by

24  the appeals division. Have you had the

ELLEN FRITCH & ASSOCIATES  617-269-5448

**37**

1    opportunity to review Exhibit No. 3?
2  A.  I have.
3  Q.  And do you now wish to reconsider your
4     testimony that it is probable that the
5     code 071 was issued after receipt of
6     Exhibit No. 3 by the collection division
7     of Providence, Rhode Island?
8        MR. AMBROW:  Could you rephrase
9     that. You lost me.
10       MR. BURKE:  Sure.  Your client or
11    the witness has previously testified that
12    she believed that the form code 971 was
13    entered by someone in the appeals
14    division.
15       MR. AMBROW:  Yes.
16       MR. BURKE:  As of 4/20/2005.  The
17    question I have is we have a letter here
18    sent by overnight mail, I believe also --
19       MR. AMBROW:  Let me just say this,
20    I believe that misstates her testimony.  I
21    believe she said she didn't know but she
22    thought if was someone -- was somebody in
23    the appeals division.
24  Q.  You weren't sure, is that your testimony?

ELLEN FRITCH & ASSOCIATES  617-269-5448

**38**

1  A.  I am not sure.
2  Q.  Okay.  Don't let lawyers put word in your
3     mouth, it is not my intention here.  We
4     want to have a very clear record.
5        The Exhibit No. 3 contains with it
6     in its second page form 12153.  Can you
7     tell us what form 12153 is.
8  A.  Form 12153 is a request for collection due
9     process hearing.  It can be for purposes
10    of a collection due process hearing on the
11    filing of notice of federal tax lien or it
12    can be on the issuance of notice of intent
13    to levy, or it can be on both.
14  Q.  I call your attention now to the third and
15    fourth page, actually the fourth and fifth
16    pages of Exhibit No. 3.  It is this a form
17    3172?
18  A.  Yes.
19  Q.  And it was issued purportedly by John
20    Kersh?
21  A.  Yes.
22  Q.  On April 13, 2005?
23  A.  Yes.
24  Q.  Is that what the form says?  Was John

ELLEN FRITCH & ASSOCIATES  617-269-5448

**39**

1     Kersh still working with the IRS on
2     April 14, 2005?
3  A.  Yes.
4  Q.  Do you know when he retired?
5  A.  July or August of 2005.
6  Q.  Now, with page four of Exhibit No. 3, I
7     asked you to refer to Exhibit No. 1,
8     government Exhibit No. 14, can you tell us
9     what the differences are in page four of
10    Exhibit No. 3 and Exhibit No. 14 of
11    Exhibit No. 1?
12  A.  The only difference I can see is that the
13    original 3172 was dated November 21, 2003
14    and this additional 3172 is dated
15    April 13, 2005.
16  Q.  Could you tell us why in the tax period
17    reflected on page four of Exhibit No. 3
18    and government Exhibit No. 14 of Exhibit
19    No. 1, are they precisely the same?
20  A.  Yes.
21  Q.  The amount of the tax owed is exactly the
22    same?
23  A.  Yes.
24  Q.  Does the service have a system to prevent

ELLEN FRITCH & ASSOCIATES  617-269-5448

**40**

1     the issuance of a form 3172 when a prior
2     3172 for the same tax period has been
3     issued?
4  A.  I don't understand your question.
5  Q.  If it is true that government Exhibit
6     No. 14, which is attached to Exhibit No. 1
7     was timely issued, does the system -- does
8     the IRS have a service which would
9     preclude the issuance of the second 3172
10    for the same tax period?
11  A.  No.
12  Q.  Do you know why that is?
13  A.  I don't know.
14  Q.  Would the ALS system have any references
15    or any references to a prior issuance of a
16    form 3172?
17  A.  It does.
18  Q.  Can you tell us why then the page four of
19    Exhibit No. 3 was issued?
20  A.  I don't know.
21  Q.  Who would know?
22  A.  John Kersh might know.
23  Q.  Okay.  I call your attention two pages six
24    and seven of Exhibit No. 3, and in the

ELLEN FRITCH & ASSOCIATES  617-269-5448

### 41

1  document, for the record, dated April 13,
2  2005 it says mailed to Kathleen Haag 25
3  Heat Road, Marston Mills, Massachusetts.
4      I ask you to review these pages
5  and compare to the pages immediately
6  following, what we have been calling
7  government Exhibit No. 14, which is part
8  of Exhibit No. 1.
9  A. Okay, I have.
10 Q. And are -- how is the information on pages
11     six and seven of Exhibit No. 3 different
12     from the pages which follow government
13     Exhibit No. 14 and in Exhibit No. 1 of
14     today's deposition?
15 A. **The only difference I can spot is that the**
16    **original 3172 to Kathleen Haag is dated**
17    **November 21, 2003. This copy of a letter**
18    **3172 to Kathleen Haag is dated April 13,**
19    **2005.**
20 Q. Do you know why pages six and seven of
21     Exhibit No. 3 was sent to Kathleen Haag?
22 A. **I don't.**
23 Q. I call your attention to Exhibit No. 2,
24     the account transcript. I call your

ELLEN FRITCH & ASSOCIATES  617-269-5448

### 42

1  attention to page six of six of Exhibit
2  No. 2. There is a designation on the top
3  of page six of six, there is Code 520
4  legal bankruptcy suit pending in the dates
5  1/23/2003, is that true?
6  A. **Yes.**
7  Q. The last entry on page six of six also
8     carries code 520, legal bankruptcy suit
9     pending 4/2005. Do you know why that is?
10 A. **I don't.**
11 Q. Who would have entered the code 520 on
12     4/20/2005?
13 A. **I don't know.**
14 Q. Do you have any knowledge as to when the
15     form 2848, Power of Attorney, which
16     appointed Timothy Burke as the Haag's
17     representative was received by the IRS?
18 A. **I don't know.**
19 Q. Who would know?
20 A. **It would be inputted on the CAF indicator**
21    **as to when the 2848 was received by the**
22    **service.**
23 Q. If we look at Exhibit No. 2 could you tell
24     us when they received the Power of

ELLEN FRITCH & ASSOCIATES  617-269-5448

### 43

1  Attorney of Timothy J. Burke as reflected
2  on the form on this exhibit?
3  A. **Okay. For the form 1040 for tax period**
4     **pending 1990, the Power of Attorney was**
5     **inputted on 8/19/91.**
6  Q. Okay. Are there any Powers of Attorney
7     -- you are saying the Power of Attorney
8     for Timothy Burke?
9  A. **That I don't know. That was the first**
10    **input on that particular tax period.**
11     MR. AMBROW: Do you want to
12  rephrase your question when was the Power
13  of Attorney because this, I don't think,
14  will show when a Power of Attorney of
15  Timothy Burke was shown.
16     MR. BURKE: We can go through it.
17  There were a number of Powers of Attorney,
18  at least one more. There is a removal of
19  Power of Attorney. And just based upon my
20  review of when I was retained by the
21  Haags, I can tell you, I can represent for
22  the record there is no way I could have
23  gotten these transcripts printed out
24  unless I had a Power of Attorney on file.

ELLEN FRITCH & ASSOCIATES  617-269-5448

### 44

1      There is no indication on the
2  record that the Power of Attorney was
3  received after the lawsuit in this case
4  was filed. So the records here are
5  inconsistent in that as a matter of
6  federal law I cannot access this
7  information unless I have a Power of
8  Attorney on file.
9      MR. AMBROW: Are you testifying or
10 answering a question?
11     MR. BURKE: You asked me what I am
12 trying to do here is make sure the record
13 is clear in that.
14     MR. AMBROW: I don't mind you
15 asking her questions to elicit this stuff.
16     MR. BURKE: I want to represent
17 for the record also it could be question
18 as to how I received these documents with
19 the Power of Attorney. And I just want to
20 make sure the record is very clear that
21 the only way that you can receive this
22 information is if you have a valid Power
23 of Attorney on file with the IRS.
24 Q. Miss Martin, now we have had a bit of

ELLEN FRITCH & ASSOCIATES  617-269-5448

---

**45**

1　discussion between counsel, could you
2　review the records and tell us on which
3　dates Powers of Attorney were received by
4　the IRS relative to the Haags' 1985
5　personal return?
6　A.　Looking at 1985 which is --
7　Q.　Yes.
8　A.　Okay. For form 1040 tax year ending
9　12/31/85 the first Power of Attorney that
10　was received is dated 10/10/87. The next
11　Power of Attorney that was received is
12　dated May 19, 1998. The next Power of
13　Attorney that is received is dated
14　February 28 of 2000. Those are the only
15　Powers of Attorney I show on that tax
16　period.
17　Q.　Okay. For 1985 could you tell us when the
18　removals of Powers of Attorneys occurred?
19　A.　There is a removal of Power of Attorney
20　dated January 30 of 1993.
21　Q.　For the record do we know whose Power of
22　Attorney that removed?
23　A.　We don't. There is a removal of Power of
24　Attorney dated January 17, 2000.

ELLEN FRITCH & ASSOCIATES  617-269-5448

---

**46**

1　Q.　For the record do we know whose Power of
2　Attorney that removed?
3　　　　MR. AMBROW: Whose, when?
4　Q.　Do you know?
5　A.　I don't.
6　Q.　Very good. Thank you.
7　A.　Those are the only removal of Powers of
8　Attorney I see on that tax period.
9　Q.　So how many Powers of Attorney were placed
10　on file in total?
11　A.　Three.
12　Q.　And you have two removals?
13　A.　That is correct.
14　Q.　Do you have any records that would
15　indicate that form 3172 was sent to an
16　authorized representative of Robert and
17　Kathleen Haag after January 1st, 2003?
18　A.　I don't.
19　Q.　For the record, so the record is clear the
20　form 971 which is government Exhibit
21　No. 14 as attached to Exhibit No. 1 for
22　today's deposition carries with it a date
23　of the 11/21/03?
24　A.　Yes.

ELLEN FRITCH & ASSOCIATES  617-269-5448

---

**47**

1　Q.　Is that true?
2　A.　Yes.
3　Q.　I call your attention again to government
4　Exhibit No. 14 which is attached to
5　Exhibit No. 1 of today's exhibits. Across
6　the top of this exhibit there is a
7　designation of JUN-09-05. A little bit to
8　it right of that 14:51. A little bit to
9　the right of that P. 02/11.
10　　　　Do you have any idea how those
11　entries were made on government Exhibit
12　No. 14?
13　A.　It looks to me that those numbers were
14　input from a fax machine.
15　Q.　Do you know whose fax machine that is?
16　A.　I don't.
17　Q.　Does the fax machine in your office place
18　a legion as to where documents were
19　received from?
20　A.　Yes, I believe it does.
21　Q.　Do you know if the fax machine at your
22　office places a legion on a fax which is
23　sent out?
24　A.　I don't know.

ELLEN FRITCH & ASSOCIATES  617-269-5448

---

**48**

1　Q.　The government Exhibit No. 14 which is
2　attached to today's Exhibit No. 1, do you
3　know what date this document which carries
4　the legion of Jun 9, 2005 was printed?
5　　　　MR. AMBROW: Just specify printed
6　by whom?
7　Q.　That is -- we can go back to that. Strike
8　that question.
9　　　　Exhibit No. 14 which is attached
10　to today's Exhibit No. 1 who printed this
11　document?
12　A.　I don't know.
13　Q.　Do you know what day it was printed?
14　A.　I don't.
15　Q.　Can you prove it was printed on 11/21/03?
16　A.　No.
17　Q.　Was it printed June 2005?
18　A.　I don't know.
19　Q.　Okay. I will return to the account
20　transcript which is Exhibit No. 2. If we
21　could turn to page six of six of the 1985
22　transcript.
23　　　　MR. BURKE: Off the record one
24　second.

ELLEN FRITCH & ASSOCIATES  617-269-5448

---

49

1          {Off the record.}.
2    Q.   On page six of six the 1985 transcript,
3          Exhibit No. 2, it says on code 971
4          selection due process equivalent hearing
5          request received. Can you tell us what
6          equivalent hearing is?
7    A.   **I can't.**
8    Q.   Do you know if there's a difference
9          between equivalent hearing and substitute
10         hearing?
11   A.   **I don't know the difference.**
12   Q.   At any point were you informed that the
13         Department of Justice has agreed to
14         provide the Haags a substitute collection
15         due process hearing?
16   A.   **No.**
17   Q.   Okay.
18              MR. BURKE:  Give me five minutes.
19              {Off the record.
20   Q.   I believe I have just a few more questions
21         for you Miss Martin.  If an envelope was
22         mailed to the Haags on or about?
23         November 21, 2003 do you have any proof as
24         to what was in the envelope?
              ELLEN FRITCH & ASSOCIATES  617-269-5448

50

1    A.   **I don't.**
2    Q.   And by the Haags I mean both Robert and
3          Kathleen Haag.
4    A.   **I don't.**
5              MR. AMBROW:  What was the
6          question?
7              MR. BURKE:  I want to make sure we
8          have the husband and the wife.
9              MR. AMBROW:  Okay.
10   Q.   So do you have any proof that on
11         November 21, 2003 that if an envelope was
12         mailed to the Haags, what was in the
13         envelope?
14   A.   **I don't.**
15   Q.   And that is equally true for Robert Haag
16         as well as Kathleen Haag?
17   A.   **Yes.**
18   Q.   In light of the testimony of the witness,
19         what I will do for the record I will
20         suspend the deposition until we discuss
21         this matter with the court which we will
22         be doing on July 10 of this year.
23              MR. BURKE: Mr. Ambrow, do you have
24         any questions?
              ELLEN FRITCH & ASSOCIATES  617-269-5448

51

1              MR. AMBROW:  I have a couple of
2          quick things.
3
4              **CROSS-EXAMINATION**
5          **BY MR. AMBROW:**
6    Q.   Miss Martin, I just want to ask you a few
7          questions for the record.
8              On this account transcript for
9          1985 that we are looking at, Exhibit
10         No. 2, If you were to go to page six of
11         six, Mr. Timothy Burke asked you about the
12         entry dated November 21, 2003.  It says
13         federal tax lien, correct?
14   A.   **Yes.**
15   Q.   And now, according to what we have been
16         calling government Exhibit No. 14, the
17         letter 3172, that says that was mailed
18         November 23, 2003 or November 21, 2003.
19   A.   **Okay.**
20   Q.   Now, should the fact that that letter was
21         mailed, should that be on the account
22         transcript?
23   A.   **Yes.**
24   Q.   Okay.  Are they always on those account
              ELLEN FRITCH & ASSOCIATES  617-269-5448

52

1    transcripts?
2    A.   **I don't know.**
3    Q.   Who would be responsible for entering them
4          onto the account transcript?
5    A.   **It is a systematic entry.  Remember I**
6          **communicated earlier that the two systems**
7          **actually communicate with one another.**
8    Q.   ALS and IDRS?
9    A.   **The transcript is generated from the IDRS**
10         **system.  And the letter 3172 is from the**
11         **ALS system.  When the lien is generated**
12         **from the ALS system, it automatically**
13         **communicates to the IDRS system that the**
14         **notice of the federal tax lien was filed.**
15             MR. AMBROW:  Okay.  I think that
16         is it.
17             MR. BURKE:  Thank you.  We'll
18         suspend now.
19
20             (Whereupon at 10:21 a.m., the
                   deposition suspended.)
21
22
23
24
              ELLEN FRITCH & ASSOCIATES  617-269-5448

53

1        W I T N E S S   S I G N A T U R E   P A G E

2

3        I, LAURA A. MARTIN, do hereby

4    certify that I have read the forgoing

5    transcript of my testimony, and further

6    certify that said transcript is a true and

7    accurate record of said testimony.

8

9    Dated this _____ day of _____ ,

10   2006.

11

12

13

14

15   _____

16        LAURA A. MARTIN

17

18   Read and subscribe to before me this _____

19   day of _____, 2006.

20

21

22

23   Notary Public

24   My commission expires:

ELLEN FRITCH & ASSOCIATES  617-269-5448

55

1        C E R T I F I C A T E

2

3    COMMONWEALTH OF MASSACHUSETTS    }

4    COUNTY OF NORFOLK            }  SS.

5

6        I, Marjorie L. Simmons, a Notary

7    Public in and for the Commonwealth of
     Massachusetts, do hereby certify that:

8        LAURA A. MARTIN, the witness whose

9    deposition is hereinbefore set forth, was
     duly sworn by me and that the foregoing

10   transcript is a true record of the
     testimony given by such witness, to the

11   best of my knowledge, skill and ability.

12       I further certify that I am not

13   related to any of the parties in the
     matter by blood or marriage, and that I am

14   in no way interested in the outcome of the
     matter.

15       IN WITNESS WHEREOF, I have
     hereunto set my hand and affixed my seal

16   this_____day of _____, 2006.

17   _____

18   Marjorie L. Simmons

19

20   My commission expires:
     April 3, 2009

21

22   _____

23

24

ELLEN FRITCH & ASSOCIATES  617-269-5448

54

1        E R R A T A   S H E E T

2        DEPOSITION OF LAURA A. MARTIN

3

4    Page        Line        Corrections

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ELLEN FRITCH & ASSOCIATES  617-269-5448

USA vs. HAAGI    Case 1:04-cv-12344-WGY    Document 16-6    Filed 07/26/2006    Page 15 of 55    Laura A. Martin 6/27/06

1

**0**

0 [2] - 34:22, 35:16
02-CV-12490 [1] - 1:5
02/11 [1] - 47:9
02127 [1] - 1:24
02184 [1] - 2:8
02203 [1] - 5:22
02800 [1] - 5:21
071 [1] - 37:5

**1**

1 [26] - 3:12, 6:15,
6:16, 6:19, 9:13,
10:19, 10:21, 11:4,
14:11, 22:22, 23:8,
24:6, 25:7, 29:13,
34:3, 39:7, 39:11,
39:19, 40:6, 41:8,
41:13, 46:21, 47:5,
48:2, 48:10
1/23/2003 [1] - 42:5
10 [1] - 50:22
10/10/87 [1] - 45:10
10/14/1999 [1] - 35:15
1040 [2] - 43:3, 45:8
10:21 [1] - 52:20
11/21/03 [2] - 46:23,
48:15
11/21/2003 [1] - 13:9
1123103 [1] - 34:21
12/31/85 [1] - 45:9
12153 [4] - 36:17,
38:6, 38:7, 38:8
13 [4] - 38:22, 39:15,
41:1, 41:18
14 [28] - 9:22, 12:5,
12:15, 14:13, 25:9,
26:14, 27:2, 27:12,
27:20, 28:2, 29:5,
29:9, 29:15, 30:18,
34:10, 39:2, 39:8,
39:10, 39:18, 40:6,
41:7, 41:13, 46:21,
47:4, 47:12, 48:1,
48:9, 51:16
14:51 [1] - 47:8
15 [3] - 6:1, 21:16,
31:21
17 [1] - 45:24
19 [1] - 45:12
1985 [8] - 34:18, 35:8,
45:4, 45:6, 45:17,
48:21, 49:2, 51:9
1990 [1] - 43:4
1991 [2] - 21:18,
33:15
1993 [1] - 45:20
1994 [1] - 22:6
1998 [1] - 45:12

1999 [2] - 23:8, 24:6
1st [1] - 46:17

**2**

2 [18] - 3:13, 6:23,
22:23, 22:24, 23:2,
32:1, 32:2, 32:6,
32:11, 33:21, 35:9,
41:23, 42:2, 42:23,
48:20, 49:3, 51:10
2000 [2] - 45:14,
45:24
20001 [1] - 2:5
2002 [1] - 22:19
2003 [11] - 19:14,
28:18, 29:4, 39:13,
41:17, 46:17,
49:23, 50:11,
51:12, 51:18
2005 [10] - 23:9, 24:6,
38:22, 39:2, 39:5,
39:15, 41:2, 41:19,
48:4, 48:17
2006 [4] - 1:17, 53:10,
53:19, 55:15
2009 [1] - 55:20
21 [9] - 19:14, 28:18,
29:3, 39:13, 41:17,
49:23, 50:11,
51:12, 51:18
23 [1] - 51:18
25 [1] - 41:2
2620/6330 [1] - 24:9
269-5448 [1] - 1:24
27 [1] - 1:17
28 [2] - 21:18, 45:14
2848 [2] - 42:15,
42:21

**3**

3 [17] - 3:14, 23:3,
36:9, 36:10, 36:13,
37:1, 37:6, 38:5,
38:16, 39:6, 39:10,
39:17, 40:19,
40:24, 41:11,
41:21, 55:20
30 [1] - 45:20
30(b)(6) [1] - 5:13
31 [2] - 23:9, 24:6
3127 [1] - 16:17
3172 [56] - 8:11,
14:15, 15:22, 16:2,
16:21, 16:22,
16:24, 17:7, 17:14,
17:22, 18:11,
19:23, 20:9, 20:16,
20:23, 21:5, 21:11,
23:22, 24:1, 24:15,

24:18, 24:19, 25:3,
25:15, 25:19,
25:22, 26:10,
26:12, 26:18,
26:21, 27:23, 28:6,
28:9, 28:14, 28:17,
28:20, 29:2, 29:24,
30:3, 30:6, 30:9,
34:9, 34:16, 35:2,
38:17, 39:13,
39:14, 40:1, 40:2,
40:9, 40:16, 41:16,
41:18, 46:15,
51:17, 52:10
3172s [2] - 26:5,
27:15
32 [1] - 3:13
36 [1] - 3:14
373 [1] - 1:23
380 [1] - 8:23
3982 [1] - 16:9

**4**

4 [2] - 3:6, 9:2
4/20/2005 [3] - 36:23,
37:16, 42:12
4/2005 [1] - 42:9
4/22/2005 [1] - 35:23
400 [2] - 1:18, 2:7
4th [1] - 2:4

**5**

5 [1] - 35:19
51 [1] - 3:7
520 [3] - 42:3, 42:8,
42:11
555 [1] - 2:4
582 [1] - 34:21

**6**

6 [1] - 3:12
6133 [1] - 17:24
617 [1] - 1:24
6220 [1] - 23:11
6320 [6] - 7:1, 7:13,
7:18, 7:23, 8:3
6330 [5] - 7:2, 7:13,
7:19, 7:23, 8:3

**7**

7804 [1] - 2:5

**8**

8/19/91 [1] - 43:5

**9**

9 [1] - 48:4

9112 [1] - 5:21
971 [9] - 35:3, 35:13,
35:20, 35:23, 36:6,
36:23, 37:12,
46:20, 49:3
9:00 [1] - 1:17

**A**

a.m [2] - 1:17, 52:20
ability [1] - 55:10
access [1] - 44:6
accessed [1] - 30:8
according [1] - 51:15
According [1] - 8:19
Account [2] - 3:13,
32:2
account [11] - 32:15,
33:13, 34:1, 34:3,
34:15, 41:24,
48:19, 51:8, 51:21,
51:24, 52:4
accurate [1] - 53:7
act [1] - 22:13
ACTION [1] - 1:4
actual [1] - 26:21
additional [1] - 39:14
address [5] - 5:19,
5:20, 6:1, 8:21, 9:4
advisor [1] - 7:3
affixed [1] - 55:15
ago [1] - 23:15
agreed [2] - 4:9,
49:13
ahead [1] - 8:6
alleged [2] - 28:19,
29:8
allegedly [4] - 13:10,
26:18, 27:19, 30:18
alleging [1] - 29:2
ALS [13] - 16:6, 19:3,
19:6, 26:22, 30:8,
32:21, 32:22,
32:24, 40:14, 52:8,
52:11, 52:12
AMBROW [31] - 4:24,
9:9, 10:6, 10:9,
10:18, 11:2, 11:10,
13:22, 17:23, 18:7,
20:11, 23:1, 23:5,
23:18, 25:17,
28:22, 30:22, 31:6,
37:8, 37:15, 37:19,
43:11, 44:9, 44:14,
46:3, 48:5, 50:5,
50:9, 51:1, 51:5,
52:15
Ambrow [3] - 2:2,
3:7, 50:23
Ambrow's [1] - 20:8

America [3] - 2:6,
24:5, 26:8
AMERICA [1] - 1:7
amount [1] - 39:21
answer [2] - 8:4,
13:24
answering [1] - 44:10
appeals [4] - 36:5,
36:24, 37:13, 37:23
appearance [1] - 20:8
APPEARANCES [1] -
2:1
appeared [1] - 26:14
applicable [1] - 1:15
appointed [1] - 42:16
appreciate [1] - 11:20
appreciated [1] - 10:5
appropriate [2] -
16:10, 17:15
April [8] - 38:22, 39:2,
39:15, 41:1, 41:18,
55:20
argue [1] - 5:3
ascertain [1] - 11:18
aspect [1] - 21:8
assigned [1] - 6:10
ASSOCIATES [1] -
1:22
Associates [1] -
36:14
attached [9] - 10:2,
10:15, 11:1, 36:17,
40:6, 46:21, 47:4,
48:2, 48:9
attachment [3] - 7:7,
9:16, 11:15
attachments [2] -
12:2, 17:14
attempt [1] - 35:13
attention [12] - 6:19,
29:11, 32:4, 33:20,
34:17, 35:7, 36:12,
38:14, 40:23,
41:23, 42:1, 47:3
Attorney [28] - 2:4,
18:17, 18:22,
19:10, 42:15, 43:1,
43:4, 43:6, 43:7,
43:13, 43:14,
43:17, 43:19,
43:24, 44:2, 44:8,
44:19, 44:23, 45:5,
45:9, 45:11, 45:13,
45:15, 45:19,
45:22, 45:24, 46:2,
46:8, 46:9
Attorneys [1] - 45:18
August [1] - 39:5
authorization [2] -
18:23, 19:4

USA vs. HAAG    Case 1:04-cv-12344-WGY    Document 16-6    Filed 07/26/2006    Page 16 of 55    Laura A. Martin 6/27/06

2

authorized [8] - 18:15, 19:18, 19:24, 20:3, 20:17, 21:6, 21:12, 46:16
automated [1] - 21:23
automatic [2] - 15:1, 15:9
automatically [6] - 15:1, 15:4, 23:22, 30:7, 52:12
aware [1] - 17:21

**B**

bankruptcy [2] - 42:4, 42:8
Based [1] - 14:2
based [1] - 43:19
basis [2] - 7:16, 14:22
bears [1] - 26:13
Behalf [2] - 2:6, 2:8
behalf [1] - 1:14
best [2] - 33:24, 55:10
between [3] - 4:4, 45:1, 49:9
big [1] - 31:23
billing [1] - 16:9
blt [3] - 44:24, 47:7, 47:8
blood [1] - 55:12
Boston [5] - 1:24, 5:21, 6:2, 14:7, 21:24
bottom [1] - 27:13
Box [1] - 5:21
Braintree [2] - 1:18, 2:8
brings [1] - 15:11
brought [2] - 11:7, 11:16
Building [2] - 6:3, 6:4
Burke [13] - 1:18, 2:7, 3:6, 3:14, 5:8, 13:23, 36:10, 36:14, 42:16, 43:1, 43:8, 43:15, 51:11
BURKE [22] - 4:22, 5:1, 6:14, 9:10, 10:8, 10:11, 10:20, 11:6, 18:2, 23:3, 31:24, 36:8, 37:10, 37:16, 43:16, 44:11, 44:16, 48:23, 49:18, 50:7, 50:23, 52:17
Burley [1] - 22:21
BY [2] - 4:22, 51:5

**C**

CAF [4] - 18:22, 18:23, 18:24, 42:20
cannot [2] - 18:6, 44:6
caries [1] - 27:1
carries [9] - 12:4, 12:11, 12:14, 25:8, 25:12, 35:15, 42:8, 46:22, 48:3
carry [2] - 14:11, 30:12
case [5] - 6:12, 21:2, 21:4, 21:9, 44:3
central [1] - 18:23
centralized [1] - 19:4
certificates [5] - 7:6, 7:7, 7:8, 7:10
certification [1] - 7:9
certified [4] - 17:5, 17:15, 17:17, 17:19
certify [4] - 53:4, 53:6, 55:7, 55:11
chance [1] - 32:10
CIVIL [1] - 1:4
Civil [1] - 1:15
claim [2] - 6:9, 20:20
clarify [2] - 23:19, 28:22
Clarify [1] - 25:17
clause [1] - 18:6
clear [9] - 10:17, 11:4, 24:14, 28:23, 34:8, 38:4, 44:13, 44:20, 46:19
client [1] - 37:10
Code [9] - 7:1, 7:18, 7:23, 8:2, 20:21, 23:11, 24:8, 34:20, 42:3
code [10] - 35:3, 35:13, 35:23, 36:6, 36:23, 37:5, 37:12, 42:8, 42:11, 49:3
collection [6] - 21:23, 35:14, 37:6, 38:8, 38:10, 49:14
college [1] - 21:19
column [1] - 35:16
commencing [1] - 1:17
commission [2] - 53:24, 55:19
Commonwealth [2] - 1:17, 55:6
COMMONWEALTH [1] - 55:3
communicate [1] - 52:7

communicated [2] - 22:3, 52:6
communicates [1] - 52:13
communicating [1] - 19:1
compare [2] - 9:24, 41:5
compensation [1] - 20:21
completely [1] - 13:23
completion [1] - 6:13
compliance [1] - 28:12
computer [5] - 15:21, 18:24, 26:20, 30:4, 30:5
confidential [1] - 17:24
consider [1] - 33:12
consistent [1] - 8:10
contact [1] - 13:4
contained [1] - 8:10
contains [1] - 38:5
copies [2] - 8:11, 25:24
copy [16] - 17:8, 17:10, 17:12, 18:17, 19:10, 19:16, 19:18, 19:23, 24:19, 25:18, 26:2, 26:9, 26:11, 27:15, 27:17, 41:17
correct [5] - 16:16, 24:13, 30:2, 46:13, 51:13
Corrections [1] - 54:4
counsel [5] - 4:4, 4:18, 20:10, 20:23, 45:1
counsel's [1] - 33:24
COUNTY [1] - 55:4
couple [2] - 20:12, 51:1
COURT [2] - 1:1, 1:3
court [1] - 50:21
Court [4] - 1:23, 5:11, 16:13, 16:14
courtesy [1] - 19:10
cover [1] - 23:4
create [1] - 15:14
created [5] - 15:3, 15:9, 16:19, 25:23, 25:24
cross [1] - 34:11
Cross [1] - 3:7
CROSS [1] - 51:4
Cross-examination

[1] - 3:7
CROSS-EXAMINATION [1] - 51:4
current [2] - 22:21, 34:1

**D**

D.C [1] - 2:5
date [2] - 46:22, 48:3
Dated [1] - 53:9
dated [13] - 13:9, 35:23, 39:13, 39:14, 41:1, 41:16, 41:18, 45:10, 45:12, 45:13, 45:20, 45:24, 51:12
dates [2] - 42:4, 45:3
day-to-day [1] - 7:16
deal [2] - 10:20, 31:23
December [2] - 23:9, 24:6
DEFENDANT [1] - 1:11
Defendant [2] - 1:14, 4:18
denied [1] - 20:8
Department [3] - 2:3, 20:7, 49:13
deposed [2] - 31:14, 31:18
Deposition [2] - 5:13, 9:13
deposition [19] - 3:12, 4:6, 4:7, 6:5, 6:16, 8:10, 9:3, 9:16, 9:24, 10:2, 10:16, 11:1, 11:15, 12:2, 41:14, 46:22, 50:20, 52:20, 55:8
DEPOSITION [2] - 1:14, 54:2
described [1] - 23:19
designation [5] - 12:11, 30:13, 35:16, 42:2, 47:7
designee [1] - 5:16
details [2] - 14:21, 32:8
difference [5] - 29:23, 39:12, 41:15, 49:8, 49:11
differences [1] - 39:9
different [4] - 33:1, 35:5, 41:11
DIRECT [1] - 4:21
director [1] - 28:11
discharge [1] - 7:6
disclosed [1] - 18:1

[1] - 3:7
CROSS-EXAMINATION [1] - 51:4
current [2] - 22:21, 34:1

discover [1] - 28:16
discuss [1] - 50:20
discussed [2] - 14:5, 23:15
discussion [1] - 45:1
dispute [1] - 20:15
DISTRICT [2] - 1:1, 1:2
District [3] - 5:10, 16:13, 16:14
division [5] - 36:5, 36:24, 37:6, 37:14, 37:23
Division [1] - 2:3
document [23] - 6:20, 9:21, 10:3, 10:12, 10:23, 11:13, 11:19, 12:6, 12:14, 12:16, 12:20, 13:2, 13:6, 25:6, 25:12, 27:1, 27:3, 27:4, 27:11, 27:13, 41:1, 48:3, 48:11
documents [7] - 4:23, 10:1, 11:16, 14:4, 33:1, 44:18, 47:18
Documents [1] - 10:9
done [1] - 14:1
double [1] - 20:12
down [4] - 11:12, 12:6, 31:12, 34:2
due [9] - 6:10, 14:19, 35:3, 35:14, 35:23, 38:8, 38:10, 49:4, 49:15
duly [2] - 4:19, 55:9

**E**

easier [2] - 11:8, 11:9
effect [3] - 23:8, 23:16, 24:5
eight [1] - 22:15
EIN [1] - 15:10
electronically [1] - 16:15
elicit [1] - 44:15
ELLEN [1] - 1:22
employee [8] - 8:22, 14:6, 14:8, 16:8, 28:10, 28:13, 29:7, 30:13
employee's [1] - 30:17
employees [3] - 23:10, 24:7, 30:9
encompasses [1] - 12:7
ending [1] - 45:8
entered [3] - 36:23,

USA vs. HAAG    Case 1:04-cv-12344-WGY    Document 16-6    Filed 07/26/2006    Page 17 of 55

Laura A. Martin 6/27/06

3

37:13, 42:11
entering [1] - 52:3
entity [1] - 15:11
entries [3] - 26:20, 35:20, 47:11
entry [8] - 30:14, 35:12, 35:19, 36:1, 36:3, 42:7, 51:12, 52:5
envelope [10] - 12:21, 13:13, 16:8, 17:13, 17:18, 24:22, 49:21, 49:24, 50:11, 50:13
equally [1] - 50:15
equivalent [5] - 35:4, 35:24, 49:4, 49:6, 49:9
ERRATA [1] - 54:1
error [4] - 17:2, 18:5, 18:8, 18:10
Esquire [2] - 2:2, 2:7
establish [1] - 21:11
established [4] - 23:7, 23:24, 24:4, 25:2
estimates [1] - 33:17
event [1] - 16:24
evidence [3] - 11:5, 11:7, 21:11
exactly [1] - 39:21
EXAMINATION [2] - 4:21, 51:4
Examination [1] - 3:6
examination [2] - 3:7, 4:17
examined [1] - 4:19
except [1] - 4:10
Excuse [1] - 35:5
execution [2] - 27:23, 28:6
Exhibit [75] - 3:12, 3:13, 3:14, 6:15, 6:16, 6:19, 9:12, 10:19, 10:21, 11:4, 12:5, 12:15, 14:11, 14:12, 22:22, 25:7, 25:8, 27:2, 27:12, 27:20, 28:2, 29:5, 29:9, 29:13, 29:15, 30:18, 32:1, 32:2, 32:6, 32:10, 33:21, 34:10, 35:9, 36:9, 36:10, 36:13, 37:1, 37:6, 38:5, 38:16, 39:6, 39:7, 39:8, 39:10, 39:11, 39:17, 39:18, 40:5, 40:6, 40:19, 40:24, 41:7, 41:8, 41:11,

41:13, 41:21, 41:23, 42:1, 42:23, 46:20, 46:21, 47:4, 47:5, 47:11, 48:1, 48:2, 48:9, 48:10, 48:20, 49:3, 51:9, 51:16
exhibit [8] - 9:22, 12:4, 12:12, 14:12, 26:13, 32:4, 43:2, 47:6
EXHIBITS [1] - 3:9
exhibits [2] - 10:15, 47:5
expires [2] - 53:24, 55:19
extent [1] - 18:7

F

fact [1] - 51:20
failed [1] - 20:20
failure [1] - 20:22
Fair [1] - 11:10
familiar [2] - 33:7, 33:12
far [5] - 8:13, 29:22
fax [5] - 47:14, 47:15, 47:17, 47:21, 47:22
February [1] - 45:14
Federal [4] - 1:15, 5:10, 6:4, 16:12
federal [20] - 7:11, 8:9, 14:16, 14:20, 15:3, 15:6, 15:7, 15:8, 15:23, 16:5, 18:17, 19:12, 26:6, 30:10, 34:21, 34:23, 38:11, 44:6, 51:13, 52:14
few [3] - 23:15, 49:20, 51:6
fifth [1] - 38:15
file [9] - 14:18, 18:24, 19:4, 27:5, 43:24, 44:8, 44:23, 46:10
filed [16] - 5:12, 14:17, 15:7, 16:2, 16:12, 16:15, 18:16, 18:18, 19:12, 19:17, 26:6, 30:11, 34:23, 35:2, 44:4, 52:14
filing [5] - 4:6, 7:10, 14:20, 15:13, 38:11
finish [1] - 13:18
firm [1] - 36:14
first [5] - 12:1, 22:10, 33:20, 43:9, 45:9
five [1] - 49:18

focus [1] - 16:1
folded [1] - 17:12
follow [2] - 25:21, 41:12
followed [2] - 29:18, 29:24
Following [1] - 12:9
following [1] - 41:6
follows [1] - 4:20
FOR [1] - 1:2
foregoing [1] - 55:9
forgoing [1] - 53:4
Form [1] - 38:8
form [45] - 4:11, 10:7, 14:14, 16:2, 16:17, 16:21, 16:24, 17:21, 18:10, 20:9, 20:16, 20:23, 21:5, 21:11, 23:22, 24:15, 24:19, 25:18, 25:22, 26:12, 26:17, 27:23, 28:6, 28:14, 28:17, 29:2, 29:24, 30:3, 34:9, 35:1, 35:2, 36:16, 37:12, 38:6, 38:7, 38:16, 38:24, 40:1, 40:16, 42:15, 43:2, 43:3, 45:8, 46:15, 46:20
forms [3] - 23:24, 25:15, 36:18
forth [2] - 35:15, 55:8
four [8] - 7:4, 35:7, 35:11, 35:12, 39:6, 39:9, 39:17, 40:18
fourth [2] - 38:15
FRITCH [1] - 1:22
front [3] - 15:15, 26:23, 32:5
full [1] - 5:5

G

general [6] - 13:22, 14:13, 18:3, 25:19, 25:20, 32:13
generate [2] - 15:17
generated [18] - 14:23, 14:24, 15:4, 15:6, 15:18, 16:3, 16:7, 19:11, 23:21, 24:15, 24:16, 24:18, 26:3, 26:5, 30:6, 30:10, 52:9, 52:11
generates [3] - 15:22, 19:7, 23:23
given [1] - 55:10
Government [6] -

5:14, 5:16, 23:7, 23:24, 25:1, 29:15
government [29] - 9:4, 9:22, 12:5, 12:12, 12:15, 14:3, 14:12, 18:4, 25:8, 26:13, 27:2, 27:11, 27:20, 28:2, 29:1, 29:5, 29:9, 30:18, 34:10, 39:8, 39:18, 40:5, 41:7, 41:12, 46:20, 47:3, 47:11, 48:1, 51:16
greatly [1] - 11:20
guess [1] - 31:21

H

HAAG [1] - 1:10
Haag [33] - 6:7, 6:9, 7:23, 8:3, 8:12, 8:16, 9:20, 12:3, 12:11, 13:9, 13:11, 13:20, 19:13, 23:13, 24:11, 29:3, 29:16, 29:19, 29:20, 30:1, 34:4, 34:15, 34:19, 35:9, 41:2, 41:16, 41:18, 41:21, 46:17, 50:3, 50:15, 50:16
Haag's [4] - 20:10, 20:16, 21:6, 42:16
Haags [10] - 2:8, 5:9, 8:10, 25:10, 28:18, 43:21, 49:14, 49:22, 50:2, 50:12
Haags' [4] - 19:18, 20:3, 21:12, 45:4
hand [4] - 5:2, 9:16, 12:7, 55:15
hard [5] - 17:8, 17:10, 17:12, 24:19, 31:20
head [1] - 31:9
hearing [10] - 14:19, 35:4, 35:24, 38:9, 38:10, 49:4, 49:6, 49:9, 49:10, 49:15
Heat [1] - 41:3
hereby [1] - 4:3, 53:3, 55:7
hereinbefore [1] - 55:8
hereunto [1] - 55:15
history [2] - 30:7, 30:12
hit [1] - 15:17
Hold [1] - 23:1
Hundreds [1] - 33:19
husband [1] - 50:8

I

idea [1] - 47:10
identification [4] - 6:16, 32:2, 34:11, 36:10
IDRS [7] - 19:2, 19:5, 19:8, 52:8, 52:9, 52:13
imagine [1] - 36:4
immediately [1] - 41:5
IN [1] - 55:14
including [4] - 7:5, 18:4, 23:11, 24:9
inconsistent [1] - 44:5
INDEX [1] - 3:1
indicate [3] - 15:18, 34:23, 46:15
indicates [1] - 11:20
indication [2] - 35:2, 44:1
indicator [2] - 19:9, 42:20
information [10] - 8:7, 9:6, 18:1, 19:7, 27:7, 30:14, 30:16, 41:10, 44:7, 44:22
informed [1] - 49:12
initial [1] - 28:13
input [5] - 15:10, 15:12, 36:6, 43:10, 47:14
inputted [3] - 18:22, 42:20, 43:5
instances [1] - 17:21
intent [1] - 38:12
intention [1] - 38:3
interested [1] - 55:13
investigated [1] - 21:8
involvement [2] - 6:6, 6:8
IRA [1] - 23:11
IRS [22] - 5:20, 7:1, 7:18, 7:22, 8:2, 8:23, 14:6, 16:7, 20:21, 21:15, 21:16, 23:22, 24:8, 26:8, 30:4, 33:3, 33:23, 39:1, 40:8, 42:17, 44:23, 45:4
Island [3] - 9:1, 36:16, 37:7
issuance [6] - 7:14, 8:1, 38:12, 40:1, 40:9, 40:15
issuances [2] - 7:12, 7:22

USA vs. HAAG    Case 1:04-cv-12344-WGY    Document 16-6    Filed 07/26/2006    Page 18 of 55    Laura A. Martin 6/27/06

4

issue [6] - 7:15, 8:8, 8:16, 23:10, 23:17, 23:24
issued [16] - 8:11, 8:15, 8:19, 9:19, 16:18, 23:12, 24:8, 24:10, 25:23, 26:18, 30:3, 30:18, 35:15, 37:5, 38:19, 40:3, 40:7, 40:19
issues [1] - 28:14
issuing [2] - 6:24, 7:17

**J**

January [6] - 21:18, 23:8, 24:6, 45:20, 45:24, 46:17
JFK [1] - 6:4
job [3] - 22:5, 22:6, 31:20
John [13] - 8:20, 8:21, 8:22, 9:5, 12:19, 12:20, 13:1, 13:3, 13:12, 25:13, 38:19, 38:24, 40:22
joint [1] - 26:4
judge's [1] - 5:3
July [3] - 22:19, 39:5, 50:22
Jun [1] - 48:4
JUN-09-05 [1] - 47:7
juncture [1] - 20:14
June [2] - 1:17, 48:17
Justice [3] - 2:3, 20:7, 49:13

**K**

Kathleen [25] - 8:3, 8:12, 8:15, 9:20, 12:10, 13:9, 13:11, 13:19, 19:13, 23:13, 24:11, 29:3, 29:16, 29:19, 30:1, 34:4, 34:19, 35:9, 41:2, 41:16, 41:18, 41:21, 46:17, 50:3, 50:16
KATHLEEN [1] - 1:10
keep [1] - 26:9
keeps [2] - 18:4, 26:19
Kennedy [1] - 6:3
kept [2] - 25:15, 27:16
Kersh [12] - 8:20, 8:21, 8:22, 9:5, 12:19, 12:20, 13:1, 13:12, 25:13,

38:20, 39:1, 40:22
Kersh's [1] - 13:3
knowledge [8] - 7:21, 8:1, 14:2, 25:5, 25:11, 33:24, 42:14, 55:10

**L**

last [4] - 33:9, 33:11, 35:12, 42:7
Laura [2] - 3:4, 5:7
LAURA [6] - 1:14, 4:15, 53:3, 53:16, 54:2, 55:8
law [1] - 44:6
lawsuit [1] - 44:3
lawyers [1] - 38:2
learn [1] - 20:6
least [2] - 20:7, 43:18
legal [2] - 42:4, 42:8
legion [3] - 47:18, 47:22, 48:4
letter [23] - 8:11, 8:19, 12:3, 12:10, 13:8, 13:10, 13:13, 13:15, 13:19, 14:15, 14:22, 14:24, 15:4, 15:22, 19:23, 28:9, 29:19, 36:13, 37:17, 41:17, 51:17, 51:20, 52:10
Letter [2] - 3:14, 36:10
levy [1] - 35:13, 35:14, 38:13
liability [4] - 26:1, 26:4
lien [46] - 7:5, 7:7, 7:9, 7:11, 8:9, 14:6, 14:16, 14:20, 15:1, 15:2, 15:3, 15:6, 15:7, 15:8, 15:9, 15:13, 15:14, 15:17, 15:18, 15:19, 15:20, 15:23, 16:1, 16:2, 16:4, 16:5, 16:18, 18:18, 19:7, 19:12, 19:16, 19:17, 23:22, 24:14, 26:3, 26:6, 28:10, 30:11, 34:21, 34:23, 38:11, 51:13, 52:11, 52:14
liens [1] - 16:12
Liens [1] - 16:14
light [1] - 50:18
limited [2] - 23:12, 24:10

Line [1] - 54:4
line [5] - 27:12, 28:3, 34:20, 34:21, 34:22
litigation [2] - 20:15, 26:15
located [2] - 5:24, 19:5
look [2] - 9:23, 42:23
Looking [1] - 45:6
looking [1] - 51:9
looks [1] - 47:13
lost [1] - 37:9

**M**

machine [4] - 47:14, 47:15, 47:17, 47:21
mall [7] - 17:5, 17:15, 17:17, 17:19, 22:3, 36:15, 37:18
malled [12] - 16:10, 16:22, 17:4, 17:5, 17:16, 17:19, 17:22, 41:2, 49:22, 50:12, 51:17, 51:21
maintained [2] - 26:22, 27:18
managing [1] - 6:24
Marjorie [3] - 1:16, 55:6, 55:17
mark [4] - 6:14, 11:6, 31:24, 36:8
marked [1] - 25:7
Marked [3] - 6:16, 32:2, 36:10
marriage [1] - 55:12
Marston [1] - 41:3
MARTIN [6] - 1:14, 4:15, 53:3, 53:16, 54:2, 55:8
Martin [9] - 3:4, 5:5, 5:7, 6:18, 11:14, 36:12, 44:24, 49:21, 51:6
MASSACHUSETTS [2] - 1:2, 55:3
Massachusetts [10] - 1:17, 1:19, 1:24, 2:8, 5:21, 6:2, 22:11, 22:12, 41:3, 55:7
match [1] - 9:14
matter [9] - 5:10, 6:7, 6:9, 18:15, 31:19, 44:5, 50:21, 55:12, 55:13
mean [6] - 25:17, 26:7, 31:10, 31:11, 31:21, 50:2
might [1] - 40:22

Mills [1] - 41:3
mind [1] - 44:14
minister [1] - 8:24
minutes [2] - 23:15, 49:18
Miss [7] - 5:5, 6:18, 11:14, 36:12, 44:24, 49:21, 51:6
misstates [1] - 37:20
modules [1] - 15:12
month [1] - 33:11
morning [1] - 33:23
most [1] - 34:1
motions [1] - 4:12
mouth [1] - 38:3
move [1] - 22:16
MR [53] - 4:22, 4:24, 5:1, 6:14, 9:9, 9:10, 10:6, 10:8, 10:9, 10:11, 10:18, 10:20, 11:2, 11:6, 11:10, 13:22, 17:23, 18:2, 18:7, 20:11, 23:1, 23:3, 23:5, 23:18, 25:17, 28:22, 30:22, 31:6, 31:24, 36:8, 37:8, 37:10, 37:15, 37:16, 37:19, 43:11, 43:16, 44:9, 44:11, 44:14, 44:16, 46:3, 48:5, 48:23, 49:18, 50:5, 50:7, 50:9, 50:23, 51:1, 51:5, 52:15, 52:17
Murphy [1] - 9:5

**N**

N.W [1] - 2:4
name [5] - 5:6, 5:8, 13:3, 25:12, 30:17
named [1] - 5:15
necessary [2] - 15:12, 17:13
need [2] - 26:23, 27:3
negatives [1] - 20:12
New [1] - 6:1
next [5] - 24:3, 29:12, 35:19, 45:10, 45:12
nice [1] - 30:24
NO [1] - 1:5
non [1] - 7:7
non-attachment [1] - 7:7
NORFOLK [1] - 55:4
notarization [1] - 4:7
Notary [3] - 1:16, 53:23, 55:6

notice [21] - 7:18, 7:22, 8:9, 9:3, 9:16, 9:23, 11:1, 12:2, 14:16, 14:20, 15:3, 15:5, 15:23, 25:9, 26:6, 30:10, 35:14, 38:11, 38:12, 52:14
Notice [6] - 3:12, 5:12, 6:16, 9:13, 15:8, 16:5
notices [16] - 7:1, 7:11, 7:13, 7:15, 8:2, 8:13, 8:15, 8:16, 9:19, 23:10, 23:12, 23:17, 24:8, 24:10, 24:22, 25:2
November [10] - 19:14, 28:18, 29:3, 39:13, 41:17, 49:23, 50:11, 51:12, 51:18
Number [1] - 3:10
number [10] - 15:10, 22:23, 22:24, 23:2, 26:14, 30:17, 34:14, 36:17, 43:17
numbers [2] - 9:5, 47:13

**O**

object [2] - 10:6, 17:23
objection [1] - 18:9
objections [2] - 4:10, 4:11
obviously [1] - 11:13
occurred [1] - 45:18
OF [5] - 1:2, 1:7, 54:2, 55:3, 55:4
Office [1] - 5:20
office [8] - 14:7, 15:19, 15:24, 16:11, 22:8, 22:11, 47:17, 47:22
officer [3] - 22:7, 22:9, 22:14
offices [1] - 1:18
Once [2] - 15:17, 31:17
one [12] - 10:2, 10:13, 10:24, 19:1, 19:6, 20:3, 23:1, 26:2, 34:2, 43:18, 48:23, 52:7
one-third [1] - 34:2
opinion [1] - 5:3
opportunity [2] - 9:14, 37:1
options [1] - 15:16
original [2] - 39:13,

USA vs. HAAG 04-cv-12344-WGY     Document 16-6     Filed 07/26/2006     Page 19 of 55 Laura A. Martin 6/27/06

5

41:16
otherwise [1] - 31:9
outcome [1] - 55:13
overnight [2] - 36:15, 37:18
owed [1] - 39:21

**P**

PAGE [1] - 53:1
page [31] - 6:23, 9:2, 13:8, 22:22, 22:23, 23:2, 23:3, 27:3, 27:10, 28:3, 29:4, 33:20, 34:3, 34:17, 35:7, 35:11, 35:12, 35:19, 35:22, 38:6, 38:15, 39:6, 39:9, 39:17, 40:18, 42:1, 42:3, 42:7, 48:21, 49:2, 51:10
Page [3] - 3:2, 3:10, 54:4
pages [12] - 12:8, 12:9, 14:10, 29:16, 30:19, 38:16, 40:23, 41:4, 41:5, 41:10, 41:12, 41:20
paper [3] - 17:11, 26:11, 29:14
paragraph [1] - 22:23
part [5] - 25:7, 31:20, 32:22, 33:3, 41:7
particular [2] - 25:5, 43:10
parties [2] - 4:4, 55:12
past [1] - 7:4
payer [4] - 14:17, 14:18, 15:11, 26:10
payers [2] - 22:2, 24:23
payment [1] - 28:11
PDF [1] - 27:5
pending [3] - 42:4, 42:9, 43:4
people [1] - 34:12
period [7] - 39:16, 40:2, 40:10, 43:3, 43:10, 45:16, 46:8
periods [1] - 15:14
person [3] - 13:3, 14:4, 28:19
personal [2] - 25:10, 45:5
Physical [1] - 6:1
piece [1] - 17:11
pieces [1] - 29:14
place [4] - 12:20, 16:8, 29:5, 47:17

placed [6] - 13:13, 17:12, 17:18, 24:21, 32:5, 46:9
places [1] - 47:22
PLAINTIFF [1] - 1:8
point [2] - 15:16, 49:12
position [2] - 22:17, 22:18
possible [1] - 11:24
Post [1] - 5:20
Power [22] - 18:16, 18:22, 19:10, 42:15, 42:24, 43:4, 43:7, 43:12, 43:14, 43:19, 43:24, 44:2, 44:7, 44:19, 44:22, 45:9, 45:11, 45:12, 45:19, 45:21, 45:23, 46:1
Powers [7] - 43:6, 43:17, 45:3, 45:15, 45:18, 46:7, 46:9
precisely [1] - 39:19
preclude [1] - 40:9
prepared [1] - 17:16
present [2] - 22:16, 22:18
presumedly [1] - 17:11
prevent [1] - 39:24
previously [1] - 37:11
primary [2] - 7:4, 34:14
printed [17] - 15:5, 15:20, 15:23, 16:6, 16:22, 16:24, 17:7, 17:8, 26:2, 33:22, 42:23, 48:4, 48:5, 48:10, 48:13, 48:15, 48:17
probable [1] - 37:4
problem [2] - 5:1, 5:2
procedure [1] - 29:23
Procedure [1] - 1:15
procedures [6] - 23:6, 23:21, 24:4, 27:22, 28:5, 29:18
process [10] - 14:19, 23:14, 24:7, 35:4, 35:14, 35:24, 38:9, 38:10, 49:4, 49:15
promoted [3] - 22:5, 22:6, 22:18
proof [2] - 49:23, 50:10
prove [1] - 48:15
provide [1] - 49:14
provided [1] - 8:8
Providence [3] -

8:24, 36:16, 37:7
provides [1] - 14:17
provisions [1] - 1:15
Public [3] - 1:16, 53:23, 55:6
purportedly [1] - 38:19
purports [2] - 12:3, 12:10
purposes [2] - 6:11, 38:9
pursuant [9] - 1:15, 5:13, 7:1, 7:18, 7:22, 8:2, 20:20, 23:10, 24:8
put [1] - 38:2

**Q**

questions [5] - 31:7, 44:15, 49:20, 50:24, 51:7
quick [1] - 51:2
quicker [1] - 11:9
quickly [2] - 32:7, 36:20

**R**

rate [1] - 18:8
rates [1] - 18:5
read [3] - 5:3, 11:24, 53:4
Read [1] - 53:18
reading [2] - 4:5, 11:12
real [1] - 28:23
really [2] - 20:14, 31:22
reanswer [1] - 8:5
receipt [3] - 17:15, 17:17, 37:5
receive [2] - 18:17, 44:21
received [12] - 36:1, 42:17, 42:21, 42:24, 44:3, 44:18, 45:3, 45:10, 45:11, 45:13, 47:19, 49:5
recognize [1] - 9:2
reconsider [1] - 37:3
record [30] - 10:14, 10:16, 11:3, 12:1, 12:14, 26:19, 29:12, 32:14, 33:22, 34:1, 34:8, 34:13, 38:4, 41:1, 43:22, 44:2, 44:12, 44:17, 44:20, 45:21, 46:1, 46:19, 48:23, 49:19,

50:19, 51:7, 53:7, 55:9
record.) [1] - 49:1
recording [6] - 15:19, 15:24, 16:11, 30:3
records [7] - 21:5, 26:21, 27:16, 33:1, 44:4, 45:2, 46:14
refer [2] - 10:14, 39:7
reference [1] - 34:11
references [2] - 40:14, 40:15
referred [6] - 16:9, 19:2, 19:3, 32:14, 32:16, 34:9
referring [10] - 9:15, 9:21, 10:12, 10:13, 12:13, 14:10, 22:22, 26:24, 28:1, 29:14
Referring [2] - 12:14, 27:11
reflected [2] - 39:17, 43:1
regard [1] - 9:12
regarding [2] - 8:8, 28:6
regular [1] - 36:15
regulation [1] - 18:15
REK [1] - 1:5
relate [1] - 29:16
related [1] - 55:12
relates [1] - 34:4
relative [5] - 5:14, 19:23, 27:23, 29:24, 45:4
release [1] - 7:10
Remember [1] - 52:5
removal [4] - 43:18, 45:19, 45:23, 46:7
removals [2] - 45:18, 46:12
removed [2] - 45:22, 46:2
rephrase [4] - 8:4, 20:11, 37:8, 43:12
Reporter [1] - 1:16
Reporters [1] - 1:23
represent [4] - 5:9, 33:21, 43:21, 44:16
representative [3] - 20:1, 42:17, 46:16
representatives [6] - 18:16, 19:19, 20:4, 20:17, 21:7, 21:13
request [5] - 24:3, 35:24, 36:5, 38:8, 49:5
requested [2] - 9:3, 17:17

requesting [1] - 20:21
requirements [1] - 6:11
requisite [1] - 20:23
reserved [1] - 4:12
respective [1] - 4:4
response [2] - 30:23, 31:1
responsibility [1] - 7:4
responsible [3] - 19:22, 31:3, 52:3
results [1] - 10:4
retained [3] - 5:9, 27:4, 43:20
retired [2] - 8:22, 39:4
return [3] - 17:16, 45:5, 48:19
revenue [2] - 22:7, 22:8, 22:13
review [17] - 10:4, 10:23, 11:15, 11:17, 11:19, 21:4, 32:6, 32:7, 32:10, 33:4, 34:8, 36:20, 37:1, 41:4, 43:20, 45:2
reviewed [2] - 10:24, 33:9, 33:18
Rhode [3] - 9:1, 36:16, 37:7
Richard [1] - 2:2
right-hand [1] - 12:7
rights [1] - 14:18
Road [2] - 8:24, 41:3
ROBERT [1] - 1:10
Robert [18] - 7:23, 8:12, 8:15, 9:5, 9:20, 12:3, 19:13, 23:13, 24:10, 29:3, 29:20, 34:4, 34:15, 34:19, 35:8, 46:16, 50:2, 50:15
Room [1] - 2:5
roughly [1] - 33:17
Rule [1] - 5:13
Rules [1] - 1:15

**S**

saved [1] - 27:8
screen [1] - 15:15
seal [1] - 55:15
second [8] - 23:1, 27:10, 28:3, 29:4, 34:20, 38:6, 40:9, 48:24
section [1] - 30:7
Section [5] - 7:18,

USA vs. HAAG   Case 1:04-cv-12344-WGY   Document 16-6   Filed 07/26/2006   Page 20 of 55   Laura A. Martin 6/27/06

6

7:23, 8:3, 23:11, 24:9
**security** [2] - 15:10, 34:14
**See** [1] - 10:2
**see** [3] - 10:24, 39:12, 46:8
**selection** [4] - 14:19, 35:3, 35:23, 49:4
**send** [1] - 20:22
**sending** [1] - 25:2
**sent** [27] - 12:16, 13:1, 13:6, 13:10, 13:16, 13:19, 14:4, 14:15, 15:20, 15:24, 19:16, 19:18, 19:24, 20:3, 20:9, 20:16, 21:6, 21:12, 25:9, 26:10, 28:17, 29:2, 37:18, 41:21, 46:15, 47:23
**separate** [1] - 26:5
**service** [14] - 21:22, 23:16, 25:16, 26:7, 26:9, 26:19, 33:15, 36:15, 39:24, 40:8, 42:22
**service's** [2] - 27:16, 30:4
**services** [3] - 7:3, 25:23, 33:23
**set** [2] - 55:8, 55:15
**seven** [3] - 40:24, 41:11, 41:20
**shaking** [1] - 31:9
**SHEET** [1] - 54:1
**sheet** [1] - 23:4
**Shorthand** [1] - 1:16
**show** [3] - 30:9, 43:14, 45:15
**shown** [1] - 43:15
**side** [1] - 12:7
**signature** [4] - 27:12, 28:3, 28:11, 29:6
**SIGNATURE** [1] - 53:1
**signed** [4] - 27:15, 27:17, 27:19, 27:20
**signing** [1] - 4:5
**Sliver** [1] - 1:23
**Simmons** [3] - 1:16, 55:6, 55:17
**single** [2] - 26:1, 29:22
**six** [22] - 34:18, 35:7, 35:11, 35:12, 35:22, 40:23, 41:11, 41:20, 42:1, 42:3, 42:7, 48:21, 49:2, 51:10, 51:11

**skill** [1] - 55:10
**social** [2] - 15:10, 34:14
**someone** [3] - 36:4, 37:13, 37:22
**speaking** [1] - 32:20
**specific** [1] - 28:5
**specify** [1] - 48:5
**spot** [1] - 41:15
**SS** [1] - 55:4
**St** [1] - 2:4
**stamped** [3] - 28:9, 28:19, 29:8
**stamps** [1] - 28:14
**start** [3] - 21:17, 21:21, 28:1
**started** [3] - 21:18, 21:21, 21:23
**state** [1] - 5:5
**STATES** [2] - 1:1, 1:7
**States** [1] - 2:6
**statistics** [1] - 18:4
**statute** [1] - 7:15
**step** [2] - 14:22
**step-by-step** [1] - 14:22
**steps** [1] - 17:7
**sticker** [6] - 9:22, 12:4, 14:12, 25:8, 26:14, 27:1
**still** [1] - 39:1
**stipulated** [2] - 4:3, 4:10
**Stoneham** [1] - 22:12
**stop** [1] - 5:21
**Street** [5] - 1:18, 1:23, 2:7, 6:1, 8:24
**Strike** [1] - 48:7
**strike** [1] - 4:12
**stuff** [1] - 44:15
**subject** [1] - 34:22
**subordination** [1] - 7:9
**subscribe** [1] - 53:18
**Subsequent** [1] - 29:13
**subsequent** [1] - 30:19
**substitute** [2] - 49:9, 49:14
**Sudbury** [1] - 6:1
**sult** [2] - 42:4, 42:8
**SUPERIOR** [1] - 1:3
**supervise** [2] - 7:12, 7:14
**supervising** [1] - 6:24
**supervisor** [1] - 22:21
**support** [1] - 16:10

**surprise** [2] - 20:6, 20:18
**suspend** [2] - 50:20, 52:18
**suspended** [1] - 52:20
**sworn** [2] - 4:19, 55:9
**system** [31] - 15:2, 15:9, 16:7, 18:23, 19:2, 19:3, 19:5, 19:7, 19:8, 19:9, 21:24, 23:16, 23:23, 25:1, 26:20, 26:22, 27:4, 27:8, 30:5, 30:8, 32:21, 32:22, 32:24, 33:23, 39:24, 40:7, 40:14, 52:10, 52:11, 52:12, 52:13
**System** [1] - 16:6
**systematic** [1] - 52:5
**systematically** [1] - 18:21
**systems** [7] - 19:1, 23:6, 23:19, 24:4, 25:23, 30:5, 52:6

---

**T**

**Tax** [1] - 2:3
**tax** [35] - 7:11, 8:9, 14:16, 14:17, 14:18, 14:20, 15:3, 15:6, 15:7, 15:8, 15:11, 15:23, 16:5, 18:18, 19:12, 22:2, 24:23, 26:6, 26:10, 30:11, 34:11, 34:21, 34:23, 38:11, 39:16, 39:21, 40:2, 40:10, 43:3, 43:10, 45:8, 45:15, 46:8, 51:13, 52:14
**taxpayer** [2] - 16:23, 17:20, 17:22
**technical** [1] - 7:3
**telephone** [2] - 9:4, 22:2
**termed** [1] - 26:8
**terms** [2] - 6:23, 29:17
**testified** [6] - 4:19, 9:19, 10:1, 24:12, 36:22, 37:11
**testify** [2] - 10:22, 14:3
**testifying** [1] - 44:9
**Testimony** [1] - 3:2
**testimony** [9] - 16:16, 29:17, 37:4, 37:20,

37:24, 50:18, 53:5, 53:7, 55:10
**THE** [1] - 1:2
**themselves** [1] - 10:10
**theoretically** [1] - 24:21
**third** [2] - 34:2, 38:14
**thirds** [1] - 12:5
**this_____day** [1] - 55:15
**Three** [1] - 46:11
**three** [1] - 22:4
**timely** [1] - 40:7
**Timothy** [10] - 1:18, 2:7, 5:8, 13:23, 36:14, 42:16, 43:1, 43:8, 43:15, 51:11
**today** [7] - 4:23, 6:6, 9:7, 11:17, 21:10, 29:17, 30:16
**today's** [5] - 41:14, 46:22, 47:5, 48:2, 48:10
**Tony** [1] - 22:21
**top** [2] - 42:2, 47:6
**total** [1] - 46:10
**trace** [1] - 29:7
**transaction** [1] - 35:3
**Transcript** [1] - 32:18
**transcript** [21] - 3:13, 32:2, 32:16, 32:22, 33:10, 34:3, 34:16, 34:18, 34:20, 35:8, 41:24, 48:20, 48:22, 49:2, 51:8, 51:22, 52:4, 52:9, 53:5, 53:6, 55:9
**transcripts** [6] - 33:4, 33:7, 33:13, 33:18, 43:23, 52:1
**transferred** [1] - 22:11
**Trial** [1] - 2:4
**trial** [1] - 4:13
**true** [11] - 16:19, 20:24, 21:1, 24:16, 34:5, 40:5, 42:5, 47:1, 50:15, 53:6, 55:9
**try** [2] - 25:22, 29:1
**trying** [2] - 11:2, 44:12
**Tuesday** [1] - 1:17
**turn** [1] - 48:21
**turning** [1] - 13:8
**twice** [1] - 31:22
**two** [16] - 9:24, 12:5, 12:7, 12:9, 18:24, 26:4, 27:3, 29:13,

29:15, 30:19, 31:21, 35:20, 40:23, 46:12, 52:6
**two-page** [1] - 27:3
**two-thirds** [1] - 12:5
**type** [1] - 14:22

---

**U**

**U.S** [9] - 5:14, 5:16, 16:14, 20:22, 23:7, 23:23, 24:5, 25:1, 26:8
**under** [1] - 7:15
**unfortunately** [1] - 6:10
**unit** [2] - 14:7, 28:10
**UNITED** [2] - 1:1, 1:7
**United** [1] - 2:6
**unless** [2] - 43:24, 44:7
**up** [3] - 9:14, 15:11, 15:14
**upside** [1] - 11:12

---

**V**

**valid** [1] - 44:22
**verbal** [2] - 30:22, 31:7
**via** [2] - 17:5, 22:3
**violation** [1] - 18:6
**VS** [1] - 1:9

---

**W**

**waived** [2] - 4:6, 4:8
**Washington** [3] - 1:18, 2:5, 2:7
**West** [1] - 8:23
**Westboro** [1] - 22:10
**WHEREOF** [1] - 55:14
**wife** [1] - 50:8
**wish** [1] - 37:3
**withdrawal** [1] - 7:8
**witness** [7] - 1:14, 4:17, 9:10, 37:11, 50:18, 55:8, 55:10
**WITNESS** [2] - 53:1, 55:14
**word** [1] - 38:2
**written** [1] - 31:11

---

**Y**

**year** [2] - 45:8, 50:22
**years** [6] - 7:5, 21:16, 22:4, 22:15, 31:21
**yourself** [1] - 33:12

# BURKE & ASSOCIATES
## ATTORNEYS AT LAW

400 Washington Street, Suite 303, Braintree, MA 02184
Telephone (781) 380-0770     ■     Facsimile (781) 848-0330
www.burkelaw.us

**FILE**

December 29, 2005

Stephen J. Turanchik
US Dept of Justice-Tax Division
Civil Trial Section, Northern Region
PO Box 55
Ben Franklin Station
Washington, DC 20044



6/27/06
EXHIBIT NO. ___
Margie Simmons

Re:  <u>Haag v. United States</u>

Dear Mr. Turanchik:

Enclosed please find a Notice of Deposition of the United States.

Additionally, please advise as to the addresses of Robert Murphy and John Keach. As you remember the Court allowed the deposition of these individuals. If you are unwilling to provide this office with their addresses (or to accept service on their behalf) please inform me of that facts as soon as possible.

Kindly contact me with any questions that you may have.

Very truly yours,

Timothy Burke

cc.  Client
     Richard Cohen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
          Plaintiff,

vs.                              Civil Action No. 02-CV-12490 REK

ROBERT AND KATHLEEN HAAG
          Defendants.

ROBERT HAAG, and
KATHLEEN HAAG,

          Plaintiffs,          Civil Action No. 04-CV-12344 REK

vs.

INTERNAL REVENUE SERVICE, AND
UNITED STATES OF AMERICA,
          Defendants.

## NOTICE OF TAKING DEPOSITION

To:   Stephen J. Turanchik
      US Dept of Justice-Tax Division
      Civil Trial Section, Northern Region
      PO Box 55
      Ben Franklin Station
      Washington, DC 20044

Please take notice that at 9:30 a.m. on Tuesday, January 10, 2006, at Burke & Associates, 400 Washington Street, Braintree, Massachusetts 02184, Robert & Kathleen Haag, will take the Deposition upon oral examination of the appropriate designation(s) of United States of America ("USA") by stenographic means pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure before an officer authorized to administer oaths and take testimony pursuant to Rule 28 of the Federal Rules of Civil Procedure.

Pursuant to Rule 30(b)(6), USA's designation(s) shall testify on its behalf with respect to the following matters:

1.    The managing, supervising, and issuing of notice(s)
      pursuant to IRC §§ 6320/6330, including but not limited
      to any such notice(s)issued to Robert and/or Kathleen
      Haag (collectively the "Haags") during the years of
      1999 through 2005 (inclusive).

2.    The system(s) and/or procedure(s) established by USA
      which were in effect from January 1, 1999 through
      December 31, 2005 for use by its employees to issue
      notice(s) pursuant to IRC §§ 6320/6330, including but
      not limited to any such notice(s) issued to Robert
      and/or Kathleen Haag.

3.    The system(s) and/or procedure(s) established by USA
      which were in effect from January 1, 1999 through
      December 31, 2005 for use by its employees for the
      processing of notice(s) issued pursuant to IRC §§
      6320/6330, including but not limited to any such
      notice(s) issued to Robert and/or Kathleen Haag.

4.    The system(s) and/or procedure(s) established by USA
      which were in effect from January 1, 1999 through
      December 31, 2005 for use by its employees for the
      recording of and the retention of records of notice(s)
      issued pursuant to IRC §§ 6320/6330, including but not
      limited to any such notice(s) issued to Robert and/or
      Kathleen Haag.

5.    The system(s) and/or procedure(s) established by USA
      which were in effect from January 1, 1999 through
      December 31, 2005 for use by its employees for the
      execution or signature of notice(s) issued pursuant to
      IRC §§ 6320/6330, including but not limited to any such
      notice(s) issued to Robert and/or Kathleen Haag.

6.  The system(s) and/or procedure(s) established by USA
    which were in effect from January 1, 1999 through
    December 31, 2005 for use by its employees, including
    its supervisory or managerial employees, to assure the
    execution, signature and mailing of notice(s) issued
    pursuant to IRC §§ 6320/6330, including but not limited
    to any such notice(s) issued to Robert and/or Kathleen
    Haag.

7.  The system(s) and/or procedure(s) established by USA
    which were in effect from January 1, 1999 through
    December 31, 2005 for use by its employees for the
    insertion of notice(s) pursuant to IRC §§ 6320/6330
    into an envelope(s) or other forms of packaging,
    including but not limited to any such notice(s) issued
    to Robert and/or Kathleen Haag.

8.  The activities of the United States for the years of
    1999 made by the USA in issuing, mailing and/or
    addressing notice(s) pursuant to IRC §§ 6320/6330 for
    the period beginning with January 1, 1999 through
    December 31, 2005, including but not limited to any
    such notice(s) issued to Robert and/or Kathleen Haag.

9.  The notice(s) which were issued pursuant to IRC §§
    6320/6330 to Robert and/or Kathleen Haag.

10. Form(s) 2848, Power of Attorney wherein Kathleen Haag
    and/or Robert Haag appoint Timothy Burke as her, his or
    their representative, including the records of receipt
    and recording of said Form(s) 2848.

11. Form(s) 2848, Power of Attorney wherein Kathleen Haag
    and/or Robert Haag appoint a representative or
    representatives, including but not limited to

3

attorney(s), certified public accountant(s) and/or
enrolled agents, (hereinafter collectively referred to
as "Representative(s)") for any and all tax years
beginning with the 1985 tax year and ending with the
2005 tax year.

13. The notice(s) which were issued pursuant to IRC §§
6320/6330 to Robert and/or Kathleen Haag that were also
sent to a Representative(s) for either or both of the
Haags.

14. The whereabouts of the attached Exhibit B for the
period from the date of issue as reflected on the
Exhibit B to its date of production to the Haags'
counsel on or about October 15, 2005.

15. The production of Exhibit B to the Haags' counsel.

16. The entry of the date "Jun-09-2005" on the attached
Exhibit B.

17. The addresses and telephone numbers of Robert Murphy
and John Keach, now or formerly of the Internal Revenue
Service.

You are invited to attend and cross examine.

Please take further notice that the above-named Deponent(s)
is   required to produce at the time and place of Deposition, the
documents reflected on the attached Exhibit A.

4

Kathleen Haag
Robert Haag
by their Attorney

_____
Timothy J. Burke
Burke & Associates
400 Washington Street
Dated: December 29, 2005          Braintree, MA 02184
(781) 380-0770

### Certificate of Service

I hereby certify that a true copy of the above document was
served upon each attorney of record, via first class mail on
December 29, 2005.

_____
Timothy J. Burke

5

### Exhibit A

1.    All records of the activities of the United States for
the years of 1999 through 2005, including but not limited to
the records of the Internal Revenue Service (collectively
referred to as "USA") in managing, supervising, and issuing
notice(s) pursuant to IRC §§ 6320/6330, including but not
limited to any such notice(s) issued to Robert and/or
Kathleen Haag (collectively the "Haags").

2.    All documents which include any reference to the
system(s) and/or procedure(s) established by USA which were
in effect from January 1, 1999 through December 31, 2005 for
use by its employees to issue notice(s) pursuant to IRC §§
6320/6330, including but not limited to any such notice(s)
issued to Robert and/or Kathleen Haag.

3.    All documents which include any reference to the
system(s) and/or procedure(s) established by USA which were
in effect from January 1, 1999 through December 31, 2005 for
use by its employees for the processing of notice(s)
pursuant to IRC §§ 6320/6330, including but not limited to
any such notice(s) issued to Robert and/or Kathleen Haag.

4.    All documents which include any reference to the
system(s) and/or procedure(s) established by USA which were
in effect from January 1, 1999 through December 31, 2005 for
use by its employees for the retention of records of
notice(s) pursuant to IRC §§ 6320/6330, including but not
limited to any such notice(s) issued to Robert and/or
Kathleen Haag.

5.    All documents which include any reference to the
system(s) and/or procedure(s) established by USA which were
in effect from January 1, 1999 through December 31, 2005 for

6

use by its employees for the execution or signature of
notice(s) pursuant to IRC §§ 6320/6330, including but not
limited to any such notice(s) issued to Robert and/or
Kathleen Haag.

6.    All documents which include any reference to the
system(s) and/or procedure(s) established by USA which were
in effect from January 1, 1999 through December 31, 2005 for
use by its employees, including its supervisory or
managerial employees, to assure the execution, signature and
mailing of notice(s) pursuant to IRC §§ 6320/6330, including
but not limited to any such notice(s) issued to Robert
and/or Kathleen Haag.

7.    All documents which include any reference to the
system(s) and/or procedure(s) established by USA which were
in effect from January 1, 1999 through December 31, 2005 for
use by its employees for the insertion of notice(s) pursuant
to IRC §§ 6320/6330 into an envelope(s) or other form(s) of
packaging, including but not limited to any such notice(s)
issued to Robert and/or Kathleen Haag.

8.    All documents which include any reference to errors
made by the USA in issuing, mailing and/or addressing
notice(s) pursuant to IRC §§ 6320/6330 for the period
beginning with January 1, 1999 through December 31, 2005.

9.    All documents which evidence and/or show any and all
notice(s) which were issued pursuant to IRC §§ 6320/6330 to
Robert and/or Kathleen Haag.

10.  All records of Internal Revenue Service Form(s) 2848,
Power of Attorney wherein Kathleen Haag and/or Robert Haag
appoint Timothy Burke as her, his or their representative,
including the records of receipt and recording of said

7

EXHIBIT B

CERTIFIED MAIL: 7108 8516 2574 5208 0797          Person to Contact:
Letter Date   : 11/21/2003                         JOHN KEACH
                                                   05-02038
==========================================
             MAILED TO:                            Telephone Number:
ROBERT F HAAG                                      (401) 525-4274
25 HEATH ROW
MARSTONS MILLS, MA 02648-1129                      Social Security or
==========================================          Employer ID Number:
                                                   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
ROBERT F & KATHLEEN HAAG


25 HEATH ROW
MARSTONS MILLS, MA 02648-1129

            NOTICE OF FEDERAL TAX LIEN FILING AND YOUR RIGHT TO A
                        HEARING UNDER IRC 6320

This letter is to inform you that we have filed a Notice of Federal Tax Lien.
In this letter we'll also explain your right to appeal the collection action
and how you can get a release of the federal tax lien.

We Filed A Notice Of Federal Tax Lien

We filed a Notice of Federal Tax Lien on 11/18/2003 because our records show
the following:

| Type of Tax | Tax Period | Amount Owed |
| --- | --- | --- |
| 1040 | 12/31/1985 | 159077.83 |
| 1040 | 12/31/1986 | 81655.73 |
| 1040 | 12/31/1987 | 81655.73 |
| 1040 | 12/31/1988 | 159351.56 |
| 1040 | 12/31/1989 | 101326.29 |
| 1040 | 12/31/1990 | 2753.15 |
| 1040 | 12/31/1991 | 44918.10 |



GOVERNMENT'S
EXHIBIT
14

The lien attaches to all property you currently own and to all property
you may acquire in the future.  It may also damage your credit rating
and hinder your ability to obtain additional credit.

You Have the Right to a Hearing

You have a right to request a hearing with us to appeal this collection action
and to discuss your payment method options.  To explain the different
collection appeal procedures available to you, we've enclosed Publication
1660, Collection Appeal Rights.

If you want to request a hearing, please complete the enclosed form 12153,
Request for a Collection Due Process Hearing, and mail it to:

                        Internal Revenue Service

JUN-09-2005  14:54                                                                    P.03/11

                        COLLECTION DIVISION, ATTN: SPF
                        380 WESTMINSTER ST., 4TH FLOOR
                        PROVIDENCE, RI 02903

We must receive your hearing request by 12/25/2003.


                                    Letter 3172(DO)  (Rev.11-2000)
How to Get a Release of the Federal Tax Lien

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days
after you pay the full amount owed.  To get your current balance, contact
the person whose name and telephone appear at the top of this letter.

We'll also release the lien within 30 days after we accept a bond guaranteeing
payment of the amount owed or after we adjust your account based on the
decision of your requested hearing.  An explanation of how to get a lien
released is in the enclosed Publication 1450, Instructions on Requesting
a Certificate of Release of Federal Tax Lien.

If you have any questions, please contact the person whose name and telephone
number appear at the top of this letter.

                        Sincerely,



                        Director, Payment Compliance

Enclosures:
Pub. 1
Pub. 1450
Pub. 1660
Form 668Y, Notice of Federal Tax Lien
Form 12153, Request for a Collection Due Process Hearing

JUN-09-2005  14:55                                                                      P.04/11

Letter 3172(DO)  (Rev.11-2000)
Catalog No. 267671

CERTIFIED MAIL: 7108 8516 2574 5208 0803          Person to Contact:
Letter Date   : 11/21/2003                        JOHN KEACH
                                                  05-02038
========================================
                  MAILED TO:                      Telephone Number:
KATHLEEN HAAG                                      (401) 525-4274
25 HEATH ROW
MARSTONS MILLS, MA 02648-1129                     Social Security or
========================================          Employer ID Number:
                                                  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
ROBERT F & KATHLEEN HAAG


25 HEATH ROW
MARSTONS MILLS, MA 02648-1129

            NOTICE OF FEDERAL TAX LIEN FILING AND YOUR RIGHT TO A
                        HEARING UNDER IRC 6320

This letter is to inform you that we have filed a Notice of Federal Tax Lien.
In this letter we'll also explain your right to appeal the collection action
and how you can get a release of the federal tax lien.

We Filed A Notice Of Federal Tax Lien

We filed a Notice of Federal Tax Lien on 11/18/2003 because our records show
the following:

| Type of Tax | Tax Period | Amount Owed |
| --- | --- | --- |
| 1040 | 12/31/1985 | 159077.83 |
| 1040 | 12/31/1986 | 81655.73 |
| 1040 | 12/31/1987 | 81655.73 |
| 1040 | 12/31/1988 | 159351.56 |
| 1040 | 12/31/1989 | 101326.29 |
| 1040 | 12/31/1990 | 2753.15 |
| 1040 | 12/31/1991 | 44918.10 |

The lien attaches to all property you currently own and to all property

JUN-09-2005  14:55                                                      P.05/11

you may acquire in the future.  It may also damage your credit rating
and hinder your ability to obtain additional credit.

You Have the Right to a Hearing

You have a right to request a hearing with us to appeal this collection action
and to discuss your payment method options.  To explain the different
collection appeal procedures available to you, we've enclosed Publication
1660, Collection Appeal Rights.

If you want to request a hearing, please complete the enclosed form 12153,
Request for a Collection Due Process Hearing, and mail it to:

                    Internal Revenue Service
                    COLLECTION DIVISION, ATTN: SPF
                    380 WESTMINSTER ST., 4TH FLOOR
                    PROVIDENCE, RI 02903

We must receive your hearing request by 12/25/2003.


                              Letter 3172(DO)  (Rev.11-2000)
How to Get a Release of the Federal Tax Lien

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days
after you pay the full amount owed.  To get your current balance, contact
the person whose name and telephone appear at the top of this letter.

We'll also release the lien within 30 days after we accept a bond guaranteeing
payment of the amount owed or after we adjust your account based on the
decision of your requested hearing.  An explanation of how to get a lien
released is in the enclosed Publication 1450, Instructions on Requesting
a Certificate of Release of Federal Tax Lien.

If you have any questions, please contact the person whose name and telephone
number appear at the top of this letter.

                         Sincerely,



                    Director, Payment Compliance

Enclosures:
Pub. 1
Pub. 1450
Pub. 1660
Form 668Y, Notice of Federal Tax Lien
Form 12153, Request for a Collection Due Process Hearing

US Postal Service     10/14/2005 14:30     PAGE 001/001     Fax Server   7816
                                                                          S Turanchik



## UNITED STATES
## POSTAL SERVICE™

Date: 10/14/2005

Fax Transmission To: STEPHEN J TURANCHIK
Fax Number: 202-514-5238

Dear: STEPHEN J TURANCHIK:

The following is in response to your 10/14/2005 request for delivery information on your
Certified Item number 7108 8516 2574 5208 0797. The delivery record shows that this item
was delivered on 12/04/2003 at 09:55 AM in MARSTONS MILLS, MA 02648. The scanned image of
the recipient information is provided below.

Signature of Recipient:

Delivery Section

_Robert F Haeg_

_Robert F Haeg_

Address of Recipient:

_25 Hoodle Road Marstons Mills MA 85_

Thank you for selecting the Postal Service for your mailing needs. If you require
additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service

> GOVERNMENT'S
> EXHIBIT
> 15



**UNITED STATES POSTAL SERVICE.**

Date: 10/14/2005

Fax Transmission To: STEPHEN J TURANCHIK
Fax Number: 202-514-5238

Dear: STEPHEN J TURANCHIK:

The following is in response to your 10/14/2005 request for delivery information on your Certified item number 7108 8516 2574 5208 0797. The delivery record shows that this item was delivered on 12/04/2003 at 09:55 AM in MARSTONS MILLS, MA 02648. The scanned image of the recipient information is provided below.

Signature of Recipient:

Delivery Section

_Robert F Haeg_

_Robert F Haar_

Address of Recipient:

_25 Heath Road Marston Mills Mass_

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service

# Internal Revenue Service ── e-services ──

DEPARTMENT OF THE TREASURY

```
┌────────────────────────────────────────────────────────────┐
│           This Product Contains Sensitive Taxpayer Data      │
└────────────────────────────────────────────────────────────┘
```

## Account Transcript

Request Date: 06-27-2006
Response Date: 06-27-2006
Tracking Number: 100007430261

FORM NUMBER: 1040            TAX PERIOD: Dec. 31, 1990

TAXPAYER IDENTIFICATION NUMBER:                    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

SPOUSE TAXPAYER IDENTIFICATION NUMBER:             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

ROBERT F & KATHLEEN HAAG

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

Any minus sign shown below signifies a credit amount.

6/27/06
EXHIBIT NO. 2
Margie Simmons

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 2,753.15 | |
| ACCRUED INTEREST: | 4,665.92 | AS OF: Jul. 10, 2006 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jul. 10, 2006 |

ACCOUNT BALANCE
PLUS ACCRUALS:                 7,419.07

| | | |
|---|---|---|
| ** EXEMPTIONS: | 05 | ** FILING STATUS: Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | 125,062.00 | |
| ** TAXABLE INCOME: | 52,173.00 | |
| TAX PER RETURN: | 10,390.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Sep. 28, 1992

PROCESSING DATE: Nov. 09, 1992

```
┌────────────────────────────────────────────────────────────┐
│                         TRANSACTIONS                         │
└────────────────────────────────────────────────────────────┘
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 19924408 | 11-09-1992 | $10,390.00 |
| | 08211-273-94016-2 | | | |
| 806 | WITHHOLDING CREDIT | | 04-15-1991 | -$4,809.00 |
| 460 | EXTENSION OF TIME TO FILE | | 04-15-1991 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | EXT. DATE 08-15-1991 | | | |
| 960 | RECEIVED POA/TIA | | 05-31-1991 | $0.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1991 | | 08-19-1991 | $0.00 |
| 610 | PAYMENT WITH RETURN | | 09-28-1992 | -$5,581.00 |
| 166 | LATE FILING PENALTY | 19924408 | 11-09-1992 | $1,255.73 |
| 276 | FAILURE TO PAY TAX PENALTY | 19924408 | 11-09-1992 | $502.29 |
| 196 | INTEREST ASSESSED | 19924408 | 11-09-1992 | $921.13 |
| 480 | OFFER IN COMPROMISE PENDING | | 11-16-1992 | $0.00 |
| 482 | OFFER IN COMPROMISE WITHDRAWN | | 07-06-1994 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 10-27-1994 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 11-28-1994 | $10.00 |
| 961 | REMOVED POA/TIA | | 02-07-1998 | $0.00 |
| 960 | RECEIVED POA/TIA | | 05-19-1998 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 07-16-1999 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 08-09-1999 | $64.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 09-14-1999 | $0.00 |
| 673 | SUBSEQUENT PAYMENT | | 10-12-1999 | -$850.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 10-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>RETURN RECEIPT SIGNED | | 10-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>UNDELIVERABLE LEVY NOTICE | | 10-15-1999 | $0.00 |
| 672 | SUBSEQUENT PAYMENT CORRECTED<br>1040 198512 | | 10-12-1999 | $850.00 |
| 961 | REMOVED POA/TIA | | 01-17-2000 | $0.00 |
| 960 | RECEIVED POA/TIA | | 02-28-2000 | $0.00 |
| 480 | OFFER IN COMPROMISE PENDING | | 05-23-2000 | $0.00 |
| 481 | OFFER IN COMPROMISE REJECTED | | 05-25-2001 | $0.00 |
| 550 | COLLECTION STATUTE<br>EXTENDED TO 06-09-2003 | | 12-09-2002 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 01-23-2003 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 11-21-2003 | $0.00 |
| 971 | COLLECTION DUE PROCESS EQUIVALENT HEARING<br>REQUEST RECEIVED | | 04-20-2005 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 04-20-2005 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```

# Internal Revenue Service
## DEPARTMENT OF THE TREASURY
— e-services —

---

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Account Transcript

Request Date: 06-27-2006
Response Date: 06-27-2006
Tracking Number: 100007430261

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1991

      TAXPAYER IDENTIFICATION NUMBER:          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
      SPOUSE TAXPAYER IDENTIFICATION NUMBER:          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

      ROBERT F & KATHLEEN HAAG

      **<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**
          Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:          44,918.10
ACCRUED INTEREST:          77,643.31    AS OF: Jul. 10, 2006
ACCRUED PENALTY:          8,949.13    AS OF: Jul. 10, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:          131,510.54

** EXEMPTIONS:          05          ** FILING STATUS: Married Filing Joint

** ADJUSTED GROSS INCOME:          221,534.00
** TAXABLE INCOME:          164,194.00
   TAX PER RETURN:          43,993.00
** SE TAXABLE INCOME
TAXPAYER:          0.00
** SE TAXABLE INCOME SPOUSE:          0.00
** TOTAL SELF EMPLOYMENT
TAX:          0.00

** PER RETURN OR AS ADJUSTED

      RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Aug. 15, 1992
          PROCESSING DATE: Nov. 09, 1992

---

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 150 | RETURN FILED AND TAX ASSESSED | 19924408 | 11-09-1992 | $43,993.00 |
|  | 08211-233-78703-2 | | | |
| 806 | WITHHOLDING CREDIT | | 04-15-1992 | -$2,718.00 |
| 460 | EXTENSION OF TIME TO FILE | | 04-15-1992 | $0.00 |

|     | EXT. DATE 08-15-1992 | | |
|-----|----------------------|-----------------|------------|
| | | | |
| 613 | PAYMENT WITH RETURN | 08-19-1992 | -$5,000.00 |
| 613 | PAYMENT WITH RETURN<br>1040 199112 | 08-15-1992 | -$5,000.00 |
| 612 | CORRECTION OF PAYMENT WITH RETURN<br>1040 199112 | 08-19-1992 | $5,000.00 |
| 176 | ESTIMATED.TAX PENALTY | 19924408 11-09-1992 | $490.32 |
| 276 | FAILURE TO PAY TAX PENALTY | 19924408 11-09-1992 | $1,369.62 |
| 196 | INTEREST ASSESSED | 19924408 11-09-1992 | $1,783.16 |
| 480 | OFFER IN COMPROMISE PENDING | 11-16-1992 | $0.00 |
| 612 | CORRECTION OF PAYMENT WITH RETURN<br>1040 199212 | 08-15-1992 | $5,000.00 |
| 482 | OFFER IN COMPROMISE WITHDRAWN | 07-06-1994 | $0.00 |
| 582 | FEDERAL TAX LIEN | 10-27-1994 | $0.00 |
| 960 | RECEIVED POA/TIA | 05-19-1998 | $0.00 |
| 582 | FEDERAL TAX LIEN | 07-16-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | 09-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | 10-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>RETURN RECEIPT SIGNED | 10-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>UNDELIVERABLE LEVY NOTICE | 10-15-1999 | $0.00 |
| 961 | REMOVED POA/TIA | 01-17-2000 | $0.00 |
| 960 | RECEIVED POA/TIA | 02-28-2000 | $0.00 |
| 480 | OFFER IN COMPROMISE PENDING | 04-17-2000 | $0.00 |
| 481 | OFFER IN COMPROMISE REJECTED | 05-25-2001 | $0.00 |
| 550 | COLLECTION STATUTE<br>EXTENDED TO 07-15-2003 | 12-09-2002 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 01-23-2003 | $0.00 |
| 582 | FEDERAL TAX LIEN | 11-21-2003 | $0.00 |
| 971 | COLLECTION DUE PROCESS EQUIVALENT HEARING<br>REQUEST RECEIVED | 04-20-2005 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 04-20-2005 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service

DEPARTMENT OF THE TREASURY     — e-services —

---

| This Product Contains Sensitive Taxpayer Data |
| --- |

Request Date: 06-27-2006
Response Date: 06-27-2006
Tracking Number: 100007430261

## Account Transcript

FORM NUMBER: 1040             TAX PERIOD: Dec. 31, 1985

      TAXPAYER IDENTIFICATION NUMBER:             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
      SPOUSE TAXPAYER IDENTIFICATION NUMBER:       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

      ROBERT F & KATHLEEN HAAG

      **<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**
           Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:                 159,087.83
ACCRUED INTEREST:                375,403.81    AS OF: Jul. 10, 2006
ACCRUED PENALTY:                 19,886.06    AS OF: Jul. 10, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:                  554,377.70

\*\* EXEMPTIONS:                     05      \*\* FILING STATUS: Married Filing Joint

\*\* ADJUSTED GROSS INCOME:        103,918.00
\*\* TAXABLE INCOME:              65,028.00
   TAX PER RETURN:               13,442.00
\*\* SE TAXABLE INCOME TAXPAYER:          0.00
\*\* SE TAXABLE INCOME SPOUSE:         0.00
\*\* TOTAL SELF EMPLOYMENT TAX:          0.00

\*\* PER RETURN OR AS ADJUSTED

      RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Sep. 24, 1986
                        PROCESSING DATE: Oct. 27, 1986

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 150 | RETURN FILED AND TAX ASSESSED | 19864208 | 10-27-1986 | $13,442.00 |
|  | 08211-267-70400-6 | | | |
| 610 | PAYMENT WITH RETURN | | 09-24-1986 | -$13,442.00 |
| 460 | EXTENSION OF TIME TO FILE | | 05-29-1986 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | EXT. DATE 05-29-1986 | | | |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-1986 | | 04-15-1986 | $0.00 |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1986 | | 08-18-1986 | $0.00 |
| 276 | FAILURE TO PAY TAX PENALTY | 19864208 | 10-27-1986 | $403.26 |
| 196 | INTEREST ASSESSED | 19864208 | 10-27-1986 | $581.60 |
| 670 | SUBSEQUENT PAYMENT | | 11-05-1986 | -$984.96 |
| 386 | OVERPAYMENT CLEARED | | 12-01-1986 | $0.10 |
| 960 | RECEIVED POA/TIA | | 10-10-1987 | $0.00 |
| 560 | ASSESSMENT STATUTE<br>EXPIRATION DATE EXTEND TO 06-30-1992 | | 01-25-1991 | $0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 19913808 | 09-30-1991 | $0.00 |
| | 08247-652-00158-1 | | | |
| 421 | RENUMBERED RETURN | | 09-30-1991 | $0.00 |
| | 08247-652-00158-1 | | | |
| 300 | QUICK ASSESSMENT | 19913908 | 09-06-1991 | $117,760.00 |
| | 04251-249-13009-1 | | | |
| 160 | LATE FILING PENALTY | 19913908 | 09-06-1991 | $32,800.00 |
| 190 | INTEREST ASSESSED | 19913908 | 09-06-1991 | $109,343.40 |
| 660 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 04-05-1988 | -$25,000.00 |
| 670 | SUBSEQUENT PAYMENT<br>1040 198812 | | 04-15-1989 | -$2,413.66 |
| 197 | INTEREST ABATED | | 12-02-1991 | -$6,540.85 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198412 | | 02-14-1990 | -$9,817.16 |
| 197 | INTEREST ABATED | | 12-23-1991 | -$791.05 |
| 582 | FEDERAL TAX LIEN | | 07-03-1992 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 08-10-1992 | $10.00 |
| 582 | FEDERAL TAX LIEN | | 09-04-1992 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 10-12-1992 | $60.00 |
| 480 | OFFER IN COMPROMISE PENDING | | 11-16-1992 | $0.00 |
| 961 | REMOVED POA/TIA | | 01-30-1993 | $0.00 |
| 482 | OFFER IN COMPROMISE WITHDRAWN | | 07-06-1994 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 199412 | | 04-15-1995 | -$211.00 |
| 670 | SUBSEQUENT PAYMENT<br>INSTALLMENT AGREEMENT | | 06-01-1995 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 06-20-1995 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 07-19-1995 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 08-28-1995 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 09-14-1995 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | | 10-16-1995 | -$575.00 |

| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 11-16-1995 | -$575.00 |
|-----|------------------------------------------|------------|----------|
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 12-15-1995 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 01-16-1996 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 02-14-1996 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 03-15-1996 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 04-15-1996 | -$575.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199512 | 04-15-1996 | -$2,977.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 05-14-1996 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | 06-17-1996 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | 08-14-1996 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | 09-13-1996 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 10-15-1996 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 11-18-1996 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 12-16-1996 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 01-13-1997 | -$532.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 02-14-1997 | -$575.00 |
| 672 | SUBSEQUENT PAYMENT CORRECTED | 01-13-1997 | $43.00 |
| 673 | SUBSEQUENT PAYMENT | 01-13-1997 | -$43.00 |
| 670 | SUBSEQUENT PAYMENT | 03-17-1997 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 05-13-1997 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 06-16-1997 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 07-14-1997 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT INSTALLMENT AGREEMENT | 08-15-1997 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 09-15-1997 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 10-17-1997 | -$575.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199612 | 04-15-1997 | -$2,537.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 11-17-1997 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 12-15-1997 | -$575.00 |
| 673 | SUBSEQUENT PAYMENT | 01-20-1998 | -$575.00 |
| 671 | DISHONORED SUBSEQUENT PAYMENT | 01-20-1998 | $575.00 |

| 280 | DISHONORED CHECK PENALTY | 19980608 02-23-1998 | $15.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-17-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-27-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 03-13-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 04-15-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 05-15-1998 | -$575.00 |
| 960 | RECEIVED POA/TIA | 05-19-1998 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 06-16-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 07-16-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 08-17-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 09-16-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 10-14-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 11-17-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT | 12-15-1998 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>LEVY | 12-18-1998 | -$520.88 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 01-14-1999 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-08-1999 | -$94.97 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-16-1999 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 03-17-1999 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 04-14-1999 | -$575.00 |
| 673 | SUBSEQUENT PAYMENT | 05-17-1999 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT | 06-18-1999 | -$575.00 |
| 671 | DISHONORED SUBSEQUENT PAYMENT | 05-17-1999 | $575.00 |
| 280 | DISHONORED CHECK PENALTY | 19992608 07-12-1999 | $15.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 07-16-1999 | -$575.00 |
| 670 | SUBSEQUENT PAYMENT | 08-02-1999 | -$590.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 08-16-1999 | -$575.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | 09-14-1999 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 09-17-1999 | -$850.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | 10-14-1999 | $0.00 |

| | | | |
|---|---|---|---|
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>RETURN RECEIPT SIGNED | 10-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>UNDELIVERABLE LEVY NOTICE | 10-15-1999 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 11-15-1999 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT 1040 199012 | 10-12-1999 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT | 12-17-1999 | -$875.00 |
| 961 | REMOVED POA/TIA | 01-17-2000 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 01-24-2000 | -$850.00 |
| 960 | RECEIVED POA/TIA | 02-28-2000 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-17-2000 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT | 03-28-2000 | -$875.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 04-17-2000 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 05-15-2000 | -$850.00 |
| 480 | OFFER IN COMPROMISE PENDING | 05-23-2000 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 07-14-2000 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 08-16-2000 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 09-15-2000 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 10-13-2000 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 11-20-2000 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 12-15-2000 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 01-25-2001 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 02-15-2001 | -$850.00 |
| 481 | OFFER IN COMPROMISE REJECTED | 05-25-2001 | $0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 06-14-2001 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT | 08-20-2001 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 09-17-2001 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 10-15-2001 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 11-16-2001 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT | 01-17-2002 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT | 03-13-2002 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT | 04-19-2002 | -$850.00 |
| 550 | COLLECTION STATUTE<br>EXTENDED TO 07-30-2003 | 12-30-2002 | $0.00 |

| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 01-23-2003 | $0.00 |
| 582 | FEDERAL TAX LIEN | 11-21-2003 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | 12-15-2003 | $10.00 |
| 971 | COLLECTION DUE PROCESS EQUIVALENT HEARING REQUEST RECEIVED | 04-20-2005 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 04-20-2005 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service — e-services

DEPARTMENT OF THE TREASURY

```
┌────────────────────────────────────────────────────────┐
│        This Product Contains Sensitive Taxpayer Data     │
└────────────────────────────────────────────────────────┘
```

## Account Transcript

Request Date: 06-27-2006
Response Date: 06-27-2006
Tracking Number: 100007430261

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1986

    TAXPAYER IDENTIFICATION NUMBER:              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
    SPOUSE TAXPAYER IDENTIFICATION NUMBER:       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

    ROBERT F & KATHLEEN HAAG

    **<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**
            Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:              49,447.92
ACCRUED INTEREST:            109,884.11    AS OF: Jul. 10, 2006
ACCRUED PENALTY:                  0.00    AS OF: Jul. 10, 2006


ACCOUNT BALANCE
PLUS ACCRUALS:               159,332.03


** EXEMPTIONS:                      05       ** FILING
                                              STATUS: Married Filing Joint
** ADJUSTED GROSS INCOME:    223,550.00
** TAXABLE INCOME:           172,136.00
   TAX PER RETURN:            65,588.00
** SE TAXABLE INCOME
TAXPAYER:                         0.00
** SE TAXABLE INCOME SPOUSE:      0.00
** TOTAL SELF EMPLOYMENT
TAX:                              0.00


** PER RETURN OR AS ADJUSTED


            RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Oct. 18, 1988
                               PROCESSING DATE: Jan. 02, 1989

```
┌────────────────────────────────────────────────────────┐
│                       TRANSACTIONS                       │
└────────────────────────────────────────────────────────┘
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 19885108 | 01-02-1989 | $65,588.00 |
|     | 08221-338-06301-8 | | | |
| 430 | ESTIMATED TAX DECLARATION | | 09-24-1986 | -$6,725.00 |
| 460 | EXTENSION OF TIME TO FILE | | 04-15-1987 | $0.00 |

|     |                                                                    |                     |              |
| --- | ------------------------------------------------------------------ | ------------------- | ------------ |
|     | EXT. DATE 08-15-1987                                                |                     |              |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1987                  | 08-17-1987          | $0.00        |
| 960 | RECEIVED POA/TIA                                                    | 10-10-1987          | $0.00        |
| 176 | ESTIMATED TAX PENALTY                                               | 19885108 01-02-1989 | $476.34      |
| 166 | LATE FILING PENALTY                                                 | 19885108 01-02-1989 | $13,244.18   |
| 276 | FAILURE TO PAY TAX PENALTY                                          | 19885108 01-02-1989 | $6,180.61    |
| 196 | INTEREST ASSESSED                                                   | 19885108 01-02-1989 | $12,850.54   |
| 670 | SUBSEQUENT PAYMENT                                                  | 01-24-1989          | -$78,370.49  |
| 161 | LATE FILING PENALTY ABATED                                          | 01-02-1989          | -$13,244.18  |
| 290 | ADDITIONAL TAX ASSESSED                                             | 19890808 03-06-1989 | $0.00        |
|     | 08254-444-15447-9                                                  |                     |              |
| 197 | INTEREST ABATED                                                    | 03-06-1989          | -$1,279.31   |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198712                      | 01-24-1989          | $984.99      |
| 776 | INTEREST DUE TAXPAYER                                              | 03-06-1989          | -$9.22       |
| 856 | OVERPAYMENT INTEREST TRANSFERRED<br>1040 198712                    | 03-06-1989          | $9.22        |
| 276 | FAILURE TO PAY TAX PENALTY                                          | 19890808 03-06-1989 | $294.32      |
| 290 | CLAIM DISALLOWED                                                    | 19891108 03-27-1989 | $0.00        |
|     | 08254-467-98004-9                                                  |                     |              |
| 560 | ASSESSMENT STATUTE<br>EXPIRATION DATE EXTEND TO 06-30-1992         | 04-11-1991          | $0.00        |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION                             | 19913808 09-30-1991 | $0.00        |
|     | 08247-652-90018-1                                                  |                     |              |
| 421 | RENUMBERED RETURN                                                  | 09-30-1991          | $0.00        |
|     | 08247-652-90018-1                                                  |                     |              |
| 300 | QUICK ASSESSMENT                                                   | 19913908 09-06-1991 | $17,900.00   |
|     | 04251-249-13010-1                                                 |                     |              |
| 160 | LATE FILING PENALTY                                                | 19913908 09-06-1991 | $18,094.00   |
| 190 | INTEREST ASSESSED                                                  | 19913908 09-06-1991 | $19,969.34   |
| 670 | SUBSEQUENT PAYMENT<br>LEVY                                         | 05-11-1992          | -$240.42     |
| 582 | FEDERAL TAX LIEN                                                   | 07-03-1992          | $0.00        |
| 582 | FEDERAL TAX LIEN                                                   | 09-04-1992          | $0.00        |
| 480 | OFFER IN COMPROMISE PENDING                                        | 11-16-1992          | $0.00        |
| 961 | REMOVED POA/TIA                                                    | 01-30-1993          | $0.00        |
| 482 | OFFER IN COMPROMISE WITHDRAWN                                      | 07-06-1994          | $0.00        |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT                        | 07-16-1996          | -$575.00     |
| 960 | RECEIVED POA/TIA                                                    | 05-19-1998          | $0.00        |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | 09-14-1999          | $0.00        |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE                   | 10-14-1999          | $0.00        |

| | LEVY NOTICE ISSUED | | |
|---|---|---|---|
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | 10-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE UNDELIVERABLE LEVY NOTICE | 10-15-1999 | $0.00 |
| 961 | REMOVED POA/TIA | 01-17-2000 | $0.00 |
| 960 | RECEIVED POA/TIA | 02-28-2000 | $0.00 |
| 480 | OFFER IN COMPROMISE PENDING | 05-23-2000 | $0.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 03-15-2001 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 04-16-2001 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 05-15-2001 | -$850.00 |
| 481 | OFFER IN COMPROMISE REJECTED | 05-25-2001 | $0.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 07-16-2001 | -$850.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 200012 | 09-17-2001 | -$600.00 |
| 670 | SUBSEQUENT PAYMENT | 12-17-2001 | -$850.00 |
| 670 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | 02-19-2002 | -$850.00 |
| 550 | COLLECTION STATUTE EXTENDED TO 07-30-2003 | 12-30-2002 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 01-23-2003 | $0.00 |
| 582 | FEDERAL TAX LIEN | 11-21-2003 | $0.00 |
| 971 | COLLECTION DUE PROCESS EQUIVALENT HEARING REQUEST RECEIVED | 04-20-2005 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 04-20-2005 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```

# 🏛 **Internal Revenue Service** ── e-services ───

DEPARTMENT OF THE TREASURY

```
╔══════════════════════════════════════════════════════════╗
║         This Product Contains Sensitive Taxpayer Data      ║
╚══════════════════════════════════════════════════════════╝
```

## **Account Transcript**

Request Date: 06-27-2006
Response Date: 06-27-2006
Tracking Number: 100007430261

FORM NUMBER: 1040                TAX PERIOD: Dec. 31, 1987

       TAXPAYER IDENTIFICATION NUMBER:                    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
       SPOUSE TAXPAYER IDENTIFICATION NUMBER:             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

       ROBERT F & KATHLEEN HAAG

       **<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**
              Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:              81,655.73
ACCRUED INTEREST:            164,534.88   AS OF: Jul. 10, 2006
ACCRUED PENALTY:              11,257.26   AS OF: Jul. 10, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:               257,447.87

** EXEMPTIONS:                      05        ** FILING    Married Filing Joint
                                                 STATUS:
** ADJUSTED GROSS INCOME:       292,481.00
** TAXABLE INCOME:              227,842.00
   TAX PER RETURN:               77,659.00
** SE TAXABLE INCOME
TAXPAYER:                            0.00
** SE TAXABLE INCOME SPOUSE:         0.00
** TOTAL SELF EMPLOYMENT
TAX:                                 0.00

** PER RETURN OR AS ADJUSTED

       RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Dec. 30, 1988
                                         PROCESSING DATE: Feb. 27, 1989

```
╔══════════════════════════════════════════════════════════╗
║                        TRANSACTIONS                        ║
╚══════════════════════════════════════════════════════════╝
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150  | RETURN FILED AND TAX ASSESSED | 19890708 | 02-27-1989 | $77,659.00 |
|      | 08221-003-75259-9 | | | |
| 460  | EXTENSION OF TIME TO FILE | | 04-15-1988 | $0.00 |
|      | EXT. DATE 08-15-1988 | | | |

| 670 | SUBSEQUENT PAYMENT | | 04-15-1988 | -$50,000.00 |
|-----|-------------------|----|-----------|-------------|
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1988 | | 08-17-1988 | $0.00 |
| 610 | PAYMENT WITH RETURN | | 12-30-1988 | -$31,785.00 |
| 170 | ESTIMATED TAX PENALTY | 19890708 | 02-27-1989 | $4,126.00 |
| 166 | LATE FILING PENALTY | 19890708 | 02-27-1989 | $3,733.97 |
| 276 | FAILURE TO PAY TAX PENALTY | 19890708 | 02-27-1989 | $1,244.65 |
| 196 | INTEREST ASSESSED | 19890708 | 02-27-1989 | $2,220.26 |
| 706 | OVERPAID CREDIT APPLIED<br>1040 198612 | | 02-27-1989 | -$984.99 |
| 736 | INTEREST OVERPAYMENT CREDIT<br>1040 198612 | | 03-06-1989 | -$9.22 |
| 670 | SUBSEQUENT PAYMENT | | 10-16-1989 | -$2,944.51 |
| 670 | SUBSEQUENT PAYMENT | | 05-18-1990 | -$3,985.22 |
| 196 | INTEREST ASSESSED | 19902208 | 06-11-1990 | $725.06 |
| 560 | ASSESSMENT STATUTE<br>EXPIRATION DATE EXTEND TO 06-30-1992 | | 05-16-1991 | $0.00 |
| 960 | RECEIVED POA/TIA | | 05-31-1991 | $0.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 19913808 | 09-30-1991 | $0.00 |
| | 08247-652-00157-1 | | | |
| 421 | RENUMBERED RETURN | | 09-30-1991 | $0.00 |
| | 08247-652-00157-1 | | | |
| 300 | QUICK ASSESSMENT | 19914108 | 09-06-1991 | $49,219.00 |
| | 04251-249-13011-1 | | | |
| 160 | LATE FILING PENALTY | 19914108 | 09-06-1991 | $7,798.00 |
| 190 | INTEREST ASSESSED | 19914108 | 09-06-1991 | $24,638.73 |
| 582 | FEDERAL TAX LIEN | | 07-03-1992 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 09-04-1992 | $0.00 |
| 480 | OFFER IN COMPROMISE PENDING | | 11-16-1992 | $0.00 |
| 482 | OFFER IN COMPROMISE WITHDRAWN | | 07-06-1994 | $0.00 |
| 961 | REMOVED POA/TIA | | 02-07-1998 | $0.00 |
| 960 | RECEIVED POA/TIA | | 05-19-1998 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 09-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 10-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>RETURN RECEIPT SIGNED | | 10-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>UNDELIVERABLE LEVY NOTICE | | 10-15-1999 | $0.00 |
| 961 | REMOVED POA/TIA | | 01-17-2000 | $0.00 |
| 960 | RECEIVED POA/TIA | | 02-28-2000 | $0.00 |
| 480 | OFFER IN COMPROMISE PENDING | | 05-23-2000 | $0.00 |

| 481 | OFFER IN COMPROMISE REJECTED | 05-25-2001 | $0.00 |
| 550 | COLLECTION STATUTE EXTENDED TO 07-30-2003 | 12-30-2002 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 01-23-2003 | $0.00 |
| 582 | FEDERAL TAX LIEN | 11-21-2003 | $0.00 |
| 971 | COLLECTION DUE PROCESS EQUIVALENT HEARING REQUEST RECEIVED | 04-20-2005 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 04-20-2005 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service ── e-services ──

DEPARTMENT OF THE TREASURY

This Product Contains Sensitive Taxpayer Data

Request Date: 06-27-2006
Response Date: 06-27-2006
Tracking Number: 100007430261

## Account Transcript

FORM NUMBER: 1040                TAX PERIOD: Dec. 31, 1988

    TAXPAYER IDENTIFICATION NUMBER:                    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
    SPOUSE TAXPAYER IDENTIFICATION NUMBER:             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

    ROBERT F & KATHLEEN HAAG
    <<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
            Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:              159,351.56
ACCRUED INTEREST:            272,268.09    AS OF: Jul. 10, 2006
ACCRUED PENALTY:               2,343.86    AS OF: Jul. 10, 2006


ACCOUNT BALANCE
PLUS ACCRUALS:               433,963.51


** EXEMPTIONS:                       05        ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS INCOME:    371,932.00
** TAXABLE INCOME:           269,281.00
   TAX PER RETURN:            78,129.00
** SE TAXABLE INCOME TAXPAYER:     0.00
** SE TAXABLE INCOME SPOUSE:       0.00
** TOTAL SELF EMPLOYMENT TAX:      0.00


** PER RETURN OR AS ADJUSTED


        RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Oct. 15, 1992
                                    PROCESSING DATE: Dec. 07, 1992

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150  | RETURN FILED AND TAX ASSESSED | 19924808 | 12-07-1992 | $78,129.00 |
|      | 08221-312-02502-2 | | | |
| 460  | EXTENSION OF TIME TO FILE | | 04-15-1989 | $0.00 |
|      | EXT. DATE 08-15-1989 | | | |

| 673 | SUBSEQUENT PAYMENT | | 04-15-1989 | -$37,586.34 |
|-----|---------------------|----|------------|-------------|
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1989 | | 08-14-1989 | $0.00 |
| 960 | RECEIVED POA/TIA | | 05-31-1991 | $0.00 |
| 663 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 04-05-1988 | -$25,000.00 |
| 662 | CORRECTION OF ESTIMATED TAX PAYMENT<br>1040 198512 | | 04-05-1988 | $25,000.00 |
| 673 | SUBSEQUENT PAYMENT | | 04-15-1989 | -$2,413.66 |
| 672 | SUBSEQUENT PAYMENT CORRECTED<br>1040 198512 | | 04-15-1989 | $2,413.66 |
| 672 | SUBSEQUENT PAYMENT CORRECTED<br>1040 198412 | | 04-15-1989 | $37,586.34 |
| 170 | ESTIMATED TAX PENALTY | 19924808 | 12-07-1992 | $4,976.00 |
| 166 | LATE FILING PENALTY | 19924808 | 12-07-1992 | $17,579.03 |
| 276 | FAILURE TO PAY TAX PENALTY | 19924808 | 12-07-1992 | $17,188.38 |
| 196 | INTEREST ASSESSED | 19924808 | 12-07-1992 | $41,479.15 |
| 480 | OFFER IN COMPROMISE PENDING | | 11-16-1992 | $0.00 |
| 482 | OFFER IN COMPROMISE WITHDRAWN | | 07-06-1994 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 10-27-1994 | $0.00 |
| 961 | REMOVED POA/TIA | | 02-07-1998 | $0.00 |
| 960 | RECEIVED POA/TIA | | 05-19-1998 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 07-16-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 09-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 10-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>RETURN RECEIPT SIGNED | | 10-14-1999 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>UNDELIVERABLE LEVY NOTICE | | 10-15-1999 | $0.00 |
| 961 | REMOVED POA/TIA | | 01-17-2000 | $0.00 |
| 960 | RECEIVED POA/TIA | | 02-28-2000 | $0.00 |
| 480 | OFFER IN COMPROMISE PENDING | | 05-23-2000 | $0.00 |
| 481 | OFFER IN COMPROMISE REJECTED | | 05-25-2001 | $0.00 |
| 550 | COLLECTION STATUTE<br>EXTENDED TO 07-07-2003 | | 12-09-2002 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 01-23-2003 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 11-21-2003 | $0.00 |
| 971 | COLLECTION DUE PROCESS EQUIVALENT HEARING<br>REQUEST RECEIVED | | 04-20-2005 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 04-20-2005 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service ── e-services ──

DEPARTMENT OF THE TREASURY

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Account Transcript

Request Date: 06-27-2006
Response Date: 06-27-2006
Tracking Number: 100007430261

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 1989

    TAXPAYER IDENTIFICATION NUMBER:                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
    SPOUSE TAXPAYER IDENTIFICATION NUMBER:         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

    ROBERT F & KATHLEEN HAAG
    <<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
          Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:              101,326.29
ACCRUED INTEREST:             171,293.65    AS OF: Jul. 10, 2006
ACCRUED PENALTY:                4,758.81    AS OF: Jul. 10, 2006


ACCOUNT BALANCE
PLUS ACCRUALS:                277,378.75


** EXEMPTIONS:                        05     ** FILING STATUS: Married Filing Joint
** ADJUSTED GROSS INCOME:     257,950.00
** TAXABLE INCOME:            201,567.00
   TAX PER RETURN:             58,751.00
** SE TAXABLE INCOME
TAXPAYER:                          0.00
** SE TAXABLE INCOME SPOUSE:       0.00
** TOTAL SELF EMPLOYMENT
TAX:                               0.00


** PER RETURN OR AS ADJUSTED


          RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Oct. 30, 1992
                                        PROCESSING DATE: Jan. 11, 1993

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 150 | RETURN FILED AND TAX ASSESSED | 19925308 | 01-11-1993 | $58,751.00 |
|  | 08221-278-02201-2 | | | |
| 806 | WITHHOLDING CREDIT | | 04-15-1990 | -$2,765.00 |
| 460 | EXTENSION OF TIME TO FILE | | 04-15-1990 | $0.00 |

|     |                                                                        |          |            |            |
|-----|------------------------------------------------------------------------|----------|------------|------------|
|     | EXT. DATE 08-15-1990                                                    |          |            |            |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-1990                       |          | 08-16-1990 | $0.00      |
| 960 | RECEIVED POA/TIA                                                        |          | 05-31-1991 | $0.00      |
| 480 | OFFER IN COMPROMISE PENDING                                             |          | 11-16-1992 | $0.00      |
| 170 | ESTIMATED TAX PENALTY                                                   | 19925308 | 01-11-1993 | $3,765.00  |
| 166 | LATE FILING PENALTY                                                     | 19925308 | 01-11-1993 | $12,596.85 |
| 276 | FAILURE TO PAY TAX PENALTY                                              | 19925308 | 01-11-1993 | $9,237.69  |
| 196 | INTEREST ASSESSED                                                       | 19925308 | 01-11-1993 | $19,740.75 |
| 482 | OFFER IN COMPROMISE WITHDRAWN                                           |          | 07-06-1994 | $0.00      |
| 582 | FEDERAL TAX LIEN                                                        |          | 10-27-1994 | $0.00      |
| 961 | REMOVED POA/TIA                                                         |          | 02-07-1998 | $0.00      |
| 960 | RECEIVED POA/TIA                                                        |          | 05-19-1998 | $0.00      |
| 582 | FEDERAL TAX LIEN                                                        |          | 07-16-1999 | $0.00      |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED   |          | 09-14-1999 | $0.00      |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>LEVY NOTICE ISSUED   |          | 10-14-1999 | $0.00      |
| 971 | INTENT TO LEVY COLLECTION DUE<br>PROCESS NOTICE<br>RETURN RECEIPT SIGNED |          | 10-14-1999 | $0.00      |
| 961 | REMOVED POA/TIA                                                         |          | 01-17-2000 | $0.00      |
| 960 | RECEIVED POA/TIA                                                        |          | 02-28-2000 | $0.00      |
| 480 | OFFER IN COMPROMISE PENDING                                             |          | 05-23-2000 | $0.00      |
| 481 | OFFER IN COMPROMISE REJECTED                                            |          | 05-25-2001 | $0.00      |
| 550 | COLLECTION STATUTE<br>EXTENDED TO 08-11-2003                            |          | 12-09-2002 | $0.00      |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING                                           |          | 01-23-2003 | $0.00      |
| 582 | FEDERAL TAX LIEN                                                        |          | 11-21-2003 | $0.00      |
| 971 | COLLECTION DUE PROCESS EQUIVALENT HEARING<br>REQUEST RECEIVED           |          | 04-20-2005 | $0.00      |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING                                           |          | 04-20-2005 | $0.00      |

```
This Product Contains Sensitive Taxpayer Data
```