Case 1:04-cv-12344-WGY　　Document 16-7　　Filed 07/26/2006　　Page 1 of 1

| Date | Doc # | Description |
|---|---|---|
| 12/08/2005 | | ElectronicClerk's Notes for proceedings held before Judge Robert E. Keeton : Hearing held on 12/8/2005. Parties request oral argument on pending motions. REK sets hearing date for Thursday, December 15, 2005, at 11:00 a.m. (Court Reporter Cloonan.) (Folan, Karen) (Entered: 12/15/2005) |
| 12/09/2005 | | ELECTRONIC Notice Cancelling Jury Trial for Monday, December 12, 2005. Motion hearing is SET for Thursday, December 15, 2005 at 11:00 a.m. (Folan, Karen) (Entered: 12/09/2005) |
| 12/12/2005 | 44 | ADDENDUM re 34 MOTION for Summary Judgment filed by United States of America. (Attachments: # 1 Affidavit of Rai Shepardson)(Turanchik, Stephen) (Entered: 12/12/2005) |
| 12/15/2005 | | ElectronicClerk's Notes for proceedings held before Judge Robert E. Keeton : Hearing held on 12/15/2005. Colloquy re: Docket #'s 34 and 30. Defendant asks for 60 days for discovery. Defendant proposes January 10, 2006 for a 30(b)(6) deposition. REK rules that 11/21/03 letter does not provide proof of notice. REK authorizes defendants requested depositions of the United States. Plaintiff colloquy re: defendant's failure to file 56(f) motion. REK proposes Wed, March 1, 2006 for next hearing. REK rules in U.S.'s favor on money judgment. Motion Hearing set for 3/1/2006 11:00 AM before Senior Judge Robert E. Keeton. (Court Reporter Cloonan.) (Folan, Karen) (Entered: 12/28/2005) |
| 12/20/2005 | 45 | Proposed Document(s) submitted by United States of America. Document received: Proposed Judgment. (Turanchik, Stephen) (Entered: 12/20/2005) |
| 12/30/2005 | 46 | MOTION for Entry of Judgment under Rule 54(b) by United States of America.(Turanchik, Stephen) (Entered: 12/30/2005) |
| 12/30/2005 | 47 | MEMORANDUM in Support re 46 MOTION for Entry of Judgment under Rule 54(b) filed by United States of America. (Turanchik, Stephen) (Entered: 12/30/2005) |
| 01/03/2006 | 48 | Judge Robert E. Keeton : JUDGMENT entered in favor of United States against Robert Haag and Kathleen Haag.(Folan, Karen) (Entered: 01/03/2006) |
| 01/06/2006 | 49 | MOTION to Compel by Robert Haag, Kathleen Haag. (Attachments: # 1 Exhibit 1)(Burke, Timothy) (Entered: 01/06/2006) |
| 01/10/2006 | 50 | Opposition re 49 MOTION to Compel filed by United States of America. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Turanchik, Stephen) (Entered: 01/10/2006) |
| 02/22/2006 | | Electronic Notice Resetting Motion Hearing. The Motioin Hearing originally scheduled for 3/1/2006 at 11:00 AM is rescheduled to 3/22/2006 at 11:00 AM before Senior Judge Robert E. Keeton. (Filo, Jennifer) (Entered: 02/22/2006) |
| 03/03/2006 | | Senior Judge Robert E. Keeton: Electronic ORDER entered denying 49 Motion to Compel the Attendance of the United States's Designee(s) for Taking Deposition. (Filo, Jennifer) (Entered: 03/06/2006) |