IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 02-12490 REK |
| | ) | |
| ROBERT HAAG | ) | |
| and KATHLEEN HAAG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ROBERT HAAG and | ) | |
| KATHLEEN HAAG, | ) | Civil No. 04-12344 REK |
| | ) | |
| Plaintiffs. | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney now appears on behalf of the United States of America.

/s/ Nathaniel J. Dorfman
NATHANIEL J. DORFMAN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6575

1837038.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing Notice of Appearance has been electronically filed on July 30, 2006 using the Court's CM/ECFR.  Service of the Notice of Appearance will be electronically provided by the Court's CM/ECF system to the following counsel of record electronically or by first class mail:

>Timothy J. Burke
>Burke & Associates
>400 Washington Street
>Suite 303
>Braintree, MA 02184
>
>Richard J. Cohen
>Law Office of Richard J. Cohen
>1185 Falmouth Road, 2nd Floor
>Centerville, MA 02632
>508-771-6400

>/s/ Nathaniel J. Dorfman
>NATHANIEL J. DORFMAN
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C.  20044
>Telephone: (202) 307-6575