UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **HAAG**<br>**Plaintiff**<br><br>v.<br><br>**UNITED STATES**<br><br>Defendant | Civil Action<br>No: <u>**02-12490-WGY**</u><br>04-12344-WGY |

JUDGMENT

     This action came before the Court for a Hearing on Defendant's Motion for Summary Judgment.  The issues have been heard and the Court Orders the Motion for Summary Judgment is Allowed.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT UNITED STATES.**

                                                              **Sarah A. Thornton**
                                                              **Clerk**

                                                              **/s/ elizabeth Smith**
                                                              **Deputy Clerk**

August 1, 2006
To: All Counsel