```
 1            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
 2
                                       Civil Action
 3                                     Nos. 02-12490-WGY
                                            04-12344-WGY
 4
     * * * * * * * * * * * * * * * **
 5                                  *
     UNITED STATES OF AMERICA,      *
 6                                  *
           Plaintiff/               *
 7         Consolidated Defendant,  *
                                    *
 8   v.                             *    MOTION HEARING
                                    *
 9   ROBERT HAAG                    *
     and KATHLEEN HAAG,             *
10                                  *
           Defendants/              *
11         Consolidated Plaintiffs. *
                                    *
12   * * * * * * * * * * * * * * **

13           BEFORE:  The Honorable William G. Young,
                              District Judge
14

15
     APPEARANCES:
16

17           U.S. DEPARTMENT OF JUSTICE  (By Nathaniel
     J. Dorfman, Attorney), Tax Division, P.O. Box 55
18   Ben Franklin Station, Washington, D.C. 20044, on
     behalf of the United States of America
19

20           BURKE & ASSOCIATES (By Timothy J. Burke,
     Esq.), 400 Washington Street, Suite 303,
21   Braintree, Massachusetts 02184, on behalf of
     Robert and Kathleen Haag
22

23                                     1 Courthouse Way
                                       Boston, Massachusetts
24
                                       July 31, 2006
25
```