UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

**UNITED STATES OF AMERICA**
    Plaintiff,

vs.                                          Civil Action No. 02-CV-12490 WGY

**ROBERT AND KATHLEEN HAAG**
    Defendants.

---

**ROBERT HAAG, and
KATHLEEN HAAG,**

    Plaintiffs,                      Civil Action No. 04-CV-12344 WGY

vs.

**INTERNAL REVENUE SERVICE, AND
UNITED STATES OF AMERICA,**
    Defendants.

---

### NOTICE OF APPEAL

Notice is hereby given that Robert and Kathleen Haag hereby appeal to the United States Court of Appeals for the First Circuit from the Judgement(s) of the Court entered August 1, 2006.

 

                                           Kathleen Haag
                                           Robert Haag
                                           by their Attorney

                                           /s/ Timothy Burke
                                           Timothy J. Burke
                                           Burke & Associates
                                           400 Washington Street
Dated: August 8, 2006              Braintree, MA 02184
                                           (781) 380-0770

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the following attorneys by the Court's electronic filing system on this August 8, 2006.

Nathaniel Dorfman
US Dept of Justice-Tax Division
Civil Trial Section, Northern Region
PO Box 55
Ben Franklin Station
Washington, DC 20044

Richard J. Cohen
Law Offices of Richard J. Cohen, Esq., P.C.
1185 Falmouth Road
Centerville, MA 02632

/s/ Timothy J. Burke
Timothy J. Burke